UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

Vs.                              C.A. No: 04-1202-GMS

STANLEY TAYLOR
ET. AL.

## MOTION TO AMEND COMPLAINT

Comes Now, The Plaintiff, Charles M. Robinson, Pursuant To Fed. R. Civ. P. Rule (15), Requests Leave To Amend His Complaint As Follows:

1. In Part V Under Relief Requested In The Plaintiffs Complaint He Asks For The Sum Of $250,000.00 And For The Department Of Corrections To Fire Defendant Thurman Stanley As An Employee Of The Department Of Corrections.

2. THE PLAINTIFF REQUESTS THAT THE ABOVE BE REVIEWED, AND FOR PART V, UNDER RELIEF REQUESTED TO STATE AS FOLLOWS:

I WOULD LIKE THE SUM OF 250,000 DOLLARS FROM DEFENDANTS, TAYLOR, HOWARD, CARROLL, BURRIS, HOLMAN, DRAKE, GOODWIN, MERSON, AND C/O: THURMAN STANLEY, FOR THE EMOTIONAL AND PSYCHOLOGICAL/MENTAL INJURIES SUSTAINED AS A RESULT OF DEFENDANT THURMAN STANLEYS ACTIONS, AND THEIR FAILURE TO STOP THESE ACTIONS.

3. WHICH MEANS THE PLAINTIFF IS REQUESTING TO REMOVE THAT DOC TERMINATE THURMAN STANLEYS EMPLOYMENT.

WHEREFORE, PURSUANT TO FED. R. CIV. P. RULE (15) THE PLAINTIFF RESPECTFULLY REQUEST THAT THE HONORABLE COURT GRANT RELIEF.

RESPECTFULLY SUBMITTED

APRIL 22, 2005
DATED

CHARLES W. ROBINSON

## CERTIFICATE OF SERVICE

I, CHARLES W. ROBINSON, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY(IES) OF THE ATTACHED: RESPONSE TO DEFENDANTS REPLY MEMO-RANDUM, AND MOTION TO AMEND COMPLAINT UPON THE FOLLOWING PARTY(S):

To: OPHELIA M. WATERS
DEPUTY ATTORNEY GENERAL
820 N. FRENCH ST., 6TH FLOOR
WILMINGTON, DE, 19801

BY PLACING SAME IN A SEALED ENVELOPE AND DEPOSITING SAME IN THE UNITED STATES MAIL AT THE DELAWARE CORRECTIONAL CENTER, SMYRNA DE, 19977. POSTAGE TO BE PAID BY THE DEPT OF CORRECTIONS.

ON THIS 22ND DAY OF APRIL, 2005