TO: HON. GREGORY M. SLEET
FR: CHARLES M. ROBINSON
RE: YOUR ASSISTANCE
DA: APRIL 26, 2005

ORIGINAL



Mr. Sleet,

I am writing you in the hopes that you could assist me with a very serious problem I'm having. I currently have (3) active cases in your Honorable Court at this time. Case Numbers 03-147-GMS / 04-945-GMS / 04-1202-GMS. Since November of, 2004, I've been housed in Super Max. And since the defendants have been served by the U.S. Marshall in case number 04-1202-GMS, I've been having alot of trouble recieving things from the law library. And with-in the past 2 1/2 weeks, I have not recieved anything. In case No: 03-147-GMS I am in the discovery process, in case No: 04-945-GMS, I am fighting a Fed Hab Cor. And in case No: 04-1202-GMS, I am in the process of fighting a motion to dismiss. I've never had any problems until they were served. I have filed many grievances I've written everyone in this prison & it still continues, going on (3) weeks

Now, my current case, No. 04-1202-GMS, is against very serious people, and I'm claiming very serious allegations against them. And I truly believe that I am being refused legal access because of those above reasons. Their counsel filed a motion to dismiss and I filed a response to that motion, and in turn their counsel filed a "Reply Memorandum". When I recieved it, I had no access to the court rules or case law to properly respond to it. I had to use another inmates out dated prisoners self help book, because its all I had. The reason for this letter is because I would like to know, is there some type of order the court can place on these people to give me access back to the law library. Like a pre-liminary injunction or ect. If there is I would like to request that it please be done. If this is a sufficient request please have this done, If I need to put this in the form of a motion please let me know. I would also ask that a stay be placed on my (3) cases until this is done please. Thank you for taking the time to read this

AND I HOPE YOU CAN PLEASE HELP ME OUT IN THIS VERY SERIOUS ISSUE.

VERY TRULY YOURS

*[signature]*

CHARLES M. ROBINSON
00342721    SHU 17


C/FILE


*I DO NOT HAVE ACCESS TO A COPY MACHINE TO MAKE COPIES OF ANY MOTIONS OR A COPY OF THIS LETTER TO SERVE ON THEIR COUNSEL BECAUSE OF THIS TOTAL DENIAL OF ACCESS TO LAW LIBRARY.

ARLES M. ROBINSON
342781 UNIT SHU 17
E CORRECTIONAL CENTER
)OCK ROAD
DELAWARE 19977



UNITED STATES DISTRICT COURT
C/O HON. JUDGE GREGORY M. SLEET
844 N. KING ST. (LOCKBOX 19)
WILMINGTON, DE, 19801