

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

May 10, 2005

[New Castle County-Civil Division]

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    <u>Robinson v. Taylor, et al.
             C.A. No. 04-1202-GMS</u>

Dear Judge Sleet:

    I am in receipt of a copy of Charles Robinson's letter addressed to Your Honor and noticed to me via electronic filing (D.I. 25).

    It appears, Mr. Robinson alleges that he is being denied access to library services at DCC which prevents him from pursuing his legal matters.

    As a result of this letter, I have coordinated with the legal services administrator to obtain information related to Mr. Robinson's claim.

    I will provide Your Honor with a status report as the information becomes available.

                                      Respectfully submitted,

                                      /s/ Ophelia M. Waters

                                    Ophelia M. Waters
                                    Deputy Attorney General

OMW/lc

Cc:    Charles M. Robinson