OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2005

TO:  Charles M. Robinson
     DCC
     SBI #342781

     RE:  Letter to Clerk received 5/6/05 re: Copies of Documents,
     Docket Sheets, and Listings of Cases Filed

Dear Mr. Robinson:

     The Clerk's office is in receipt of your referenced letter.
Please be advised that the Judiciary is exempt from the Freedom of
Information Act pursuant to 5 U.S.C. § 551.

     The cost of performing a by name search of cases for Stanley
Taylor and St. Lt. M. Costello is $26.00 per name, check payable to
Clerk, U.S. District Court.  You must include any alias names to be
included in your searches.

     A copy of the docket sheets for cases in which you are a party
are enclosed (CA 03-147 GMS, 04-1202 GMS, and 04-945 GMS).  Copies
of the complaints and docket sheets for the following cases are
available for purchase, at the cost of $.50 per page, page totals
noted:

          CA 02-1278 GMS, case at Federal Records Center - details upon
          request.
          CA 03-58 GMS, 5 page complaint and 1 page docket sheet.
          CA 03-282 KAJ, 16 page complaint and 4 page docket sheet.
          CA 03-147 GMS (copy of both complaint and docket enclosed).
          CA 03-392 SLR, 4 page complaint.
          CA 04-945 GMS, docket sheet provided.
          CA 04-1202 GMS, docket sheet provided.

     If you want to purchase copies from this office, be advised
that pursuant to 28 USC 1915, in forma pauperis status provides an
inmate relief from paying of the entire $250.00 filing fees in a
case in one lump sum.  It does not provide for relief from the
partial payments assessed by the Court, or for such things as **copy
fees and search fees**.  Directives from the Judicial Conference of
the United States impose a fee of fifty ($.50) cents per page for
copywork.

Please be advised that it is not the policy of this office to provide free copy services for parties in a case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

Sincerely,

PETER T. DALLEO
Clerk

cc:  The Honorable Gregory M. Sleet, CA 03-147 GMS
     CAF

To: United States District Court
Clerk Of The Court
844 N. King St., Lockbox 18
Wilmington, Delaware, 19801

ORIGINAL



FILED

MAY 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: 29 Del. C. § 10001-10005 Freedom Of Information Act

1. A Complete And Updated Copy Of The Entire Docket Sheet(s) In Case Numbers: 02-1278-GMS, 03-058-GMS, 03-282-KAJ, 03-147-GMS.

2. A Complete And Updated Copy Of The Entire 42 U.S.C § 1983 Complaint(s), In Case Numbers: 02-1278-GMS, 03-058-GMS, 03-282-KAJ, 03-147-GMS, 03-392-SLR.

3. A Complete List Of All Civil Actions, Active Or Non-Active, That Have Been Filed In Your Honorable Court, Listing A Commissioner Stanley Taylor As A Defendant.

4. A Complete List Of All Civil Actions, Active Or Non-Active, That Have Been Filed In Your Honorable Court, Listing A St. Lt. M. Costello As A Defendant.

5. A Complete And Updated Copy Of The Entire Docket Sheet(s) For Case Numbers: 04-1262 GMS, And 04-945-GMS.

May 6, 2005
Dated

Charles W. Robinson
SBI #00342781

I/M CHARLES M. ROBINSON
SBI# 00342721 UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

SMYRNA
DE
MAY 10'05

UNITED STATES DISTRICT COURT
CLERKS OFFICE
844 N. KING ST (LOCKBOX 18)
WILMINGTON, DE, 19801

19801+3519 12

Robinson, Charles M.

# Select A Case

**This person is a party in 10 cases.**

1:00-cv-00345-SLR   Robinson v. Weiss, et al   filed 03/27/00   Closed 3/10/03

✓ 1:03-cv-00147-GMS   Robinson v. Costello, et al   filed 01/29/03   TO FED CIV PANEL

1:03-cv-00736-GMS   Robinson v. Elder, et al   filed 07/21/03   Closed 11/29/04

1:04-cv-00263-GMS   Robinson v. Carroll, et al   filed 04/22/04   Closed 3/19/05

1:04-cv-00621-GMS   Robinson v. Carroll, et al   filed 06/28/04   Closed 9/23/04

✓ 1:04-cv-00945-GMS   Robinson v. Carroll, et al   filed 08/16/04   pending

✓ 1:04-cv-01202-GMS   Robinson v. Taylor, et al   filed 08/27/04   pending

1:04-cv-01318-GMS   Robinson, et al v. First Correctional, et al   filed 09/30/04   Closed 4/26/05

1:04-cv-01484-GMS   Allen, et al v. Taylor, et al   filed 11/30/04   Closed 11/30/04

1:04-cv-01512-GMS   Robinson v. Carroll, et al   filed 12/10/04   Closed 12/16/04

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00147-GMS
## Internal Use Only

Robinson v. Costello, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $700000
Case in other court: USDC/DE, CA01-624 GMS
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/29/2003
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Charles M. Robinson**                 represented by   **Charles M. Robinson**
                                                         #342781
                                                         Delaware Correctional Center
                                                         1181 Paddock Road
                                                         Smyrna, DE 19977
                                                         PRO SE

V.

**Defendant**

**Sgt. Montie**                          represented by   **Richard W. Hubbard**
                                                         Department of Justice
                                                         Civil Division
                                                         820 N. French Street
                                                         8th Floor
                                                         Wilmington, DE 19801
                                                         (302) 577-8400
                                                         Email: Richard.Hubbard@state.de.us
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**St. Lt. Costello**                     represented by   **Richard W. Hubbard**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Stan Taylor**                          represented by   **Richard W. Hubbard**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
|  |  |  |

| 01/29/2003 | 1 | MOTION by Charles M. Robinson to Proceed in Forma Pauperis (els) (Entered: 01/30/2003) |
|---|---|---|
| 01/29/2003 | 2 | COMPLAINT filed. (els) (Entered: 01/30/2003) |
| 02/05/2003 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 02/05/2003) |
| 02/11/2003 | 4 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee and requesting pltf to submit certified copy of his trust fund account statement. Failure to submit items w/in 30 days will result in dismissal w/out prejudice. Set Notice of Compliance deadline to 3/13/03 for Charles M. Robinson ( signed by Judge Gregory M. Sleet ) copies to Pltf w/Mag. Consent. (rwc) (Entered: 02/12/2003) |
| 02/11/2003 | | FILING FEE $ 150.00 assessed. (rwc) (Entered: 02/12/2003) |
| 03/17/2003 | 5 | Letter from Charles Robinson requesting additional time to submit trust account statement (gp) (Entered: 03/18/2003) |
| 03/27/2003 | 6 | Trust Account Statement for Charles Robinson (gp) (Entered: 03/28/2003) |
| 04/03/2003 | | **Terminated deadlines (lg) (Entered: 04/03/2003) |
| 04/30/2003 | 7 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. The Court has determined that the Pltf has no assets and no means to pay an initial partial filing fee, nevertheless, any money the Pltf later receives will be collected in the manner outlined in the Order; Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 5/30/03 for Charles M. Robinson ( signed by Judge Gregory M. Sleet ) copy to: Pltf w/Mag. Consent form (lg) (Entered: 04/30/2003) |
| 04/30/2003 | | FILING FEE $ 150.00 assessed. (lg) (Entered: 04/30/2003) |
| 06/02/2003 | 8 | Letter from the Pltf requesting a protection order from the court for him and his family against the defendants (Costello and Montie) (lg) (Entered: 06/03/2003) |
| 06/02/2003 | 9 | Letter from Pltf to the court requesting a restraining order against the two defendants in this case (Costello & Montie) (lg) (Entered: 06/03/2003) |
| 06/03/2003 | 10 | Letter from Pltf to Judge Sleet requesting that the previous request for restraining orders against Staff Lt. Costello and Sgt. Montie be disregarded (lg) Modified on 06/03/2003 (Entered: 06/03/2003) |
| 06/16/2003 | 11 | Order of Dismissal without Prejudice as the authorization form was not filed w/in 30 days of the 4/30/03 Order ( signed by Judge Gregory M. Sleet ) copies to: cnsl (lg) (Entered: 06/17/2003) |
| 06/16/2003 | | Case closed (lg) (Entered: 06/17/2003) |
| 06/24/2003 | 12 | Letter MOTION by Charles M. Robinson for Reconsideration of [11-1] |

| | | |
|---|---|---|
| | | Order Dismissing this Action (Pltf states he did not receive the Authorization Form) re: [12-1] motion (lg) (Entered: 06/24/2003) |
| 07/15/2003 | 13 | ORDER granting [12-1] motion for Reconsideration of [11-1] Order Dismissing this Action (Pltf states he did not receive the Authorization Form); Pltf shall file the Authorization Form w/in 30 days of the date of this Order ( signed by Judge Gregory M. Sleet copies to: Pltf (lg) Modified on 07/16/2003 (Entered: 07/16/2003) |
| 07/15/2003 | | Case reopened (lg) (Entered: 07/16/2003) |
| 07/15/2003 | | Deadline updated; set Notice of Compliance deadline to 8/18/03, for the Pltf to file the Authorization Form (lg) (Entered: 07/16/2003) |
| 07/23/2003 | 14 | Authorization by Charles M. Robinson requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (lg) (Entered: 07/24/2003) |
| 07/23/2003 | | **Terminated deadlines (lg) (Entered: 07/24/2003) |
| 07/31/2003 | 15 | AMENDED COMPLAINT by Charles M. Robinson (Letter amending the Plaintiff's claim and amending his request for relief); (Answer due 8/11/03 for Costello, for Montie ) amending [2-1] complaint (lg) (Entered: 08/01/2003) |
| 08/05/2003 | 16 | Letter MOTION by Charles M. Robinson for Appointment of Counsel (lg) (Entered: 08/06/2003) |
| 08/14/2003 | 17 | MOTION by Charles M. Robinson with Proposed Order for Appointment of Counsel (lg) (Entered: 08/15/2003) |
| 08/19/2003 | 18 | Letter from Pltf to the Court requesting the status of his cases (lg) (Entered: 08/20/2003) |
| 08/19/2003 | 19 | Letter from the Court to the Pltf to provide a status for his cases as requested in D.I. 18 (lg) (Entered: 08/20/2003) |
| 08/21/2003 | 20 | MOTION by Charles M. Robinson to Amend [15-1] amended complaint (to add another Dft, Stan Taylor) (lg) (Entered: 08/26/2003) |
| 08/27/2003 | 21 | Letter from the Pltf to the Court RE: status of his case, motion for appointment of counsel and request for restraining orders (lg) (Entered: 08/28/2003) |
| 08/28/2003 | 22 | Letter from the Court to Pltf in response to D.I. 21, his letter received 8/27/03 (lg) (Entered: 08/28/2003) |
| 09/04/2003 | 23 | Letter from the Pltf to the Court RE: restraining orders against the Dfts for the Pltf and his family as the Pltf is being threatened and taunted (lg) (Entered: 09/05/2003) |
| 09/23/2003 | 24 | ORDER granting [20-1] motion to Amend [15-1] amended complaint (to add another Dft, Stan Taylor) ( signed by Judge Gregory M. Sleet ) copies to: Pltf (lg) (Entered: 09/23/2003) |
| | | |

| 09/23/2003 | | **Added party Stan Taylor (lg) (Entered: 09/23/2003) |
|---|---|---|
| 09/23/2003 | 25 | ORDER directing the Pltf to submit a USM 285 form and a copy of the Complaint for each Dft for service; once the forms and copies are received, the USM will serve the Dfts ( signed by Judge Gregory M. Sleet ) copies to: Pltf (lg) (Entered: 09/23/2003) |
| 10/22/2003 | | One copy of the Complaint was received by the Court for service on the Dfts - the copy was placed in the correspondence section of the file (lg) (Entered: 10/23/2003) |
| 10/27/2003 | 26 | RETURN OF SERVICE executed 10/15/03 as to Jane Brady, Dept. of Justice, Wilmington, Delaware (rld) (Entered: 10/27/2003) |
| 10/29/2003 | 27 | WAIVER OF SERVICE Returned Executed as to Montie 10/15/03 Answer due on 12/15/03 for Montie (lg) (Entered: 10/29/2003) |
| 10/29/2003 | 28 | WAIVER OF SERVICE Returned Executed as to Costello 10/15/03 Answer due on 12/15/03 for Costello (lg) (Entered: 10/29/2003) |
| 10/29/2003 | 29 | WAIVER OF SERVICE Returned Executed as to Stan Taylor 10/15/03 Answer due on 12/15/03 for Stan Taylor (lg) (Entered: 10/29/2003) |
| 11/12/2003 | 30 | Letter from the Pltf to the court RE: the copy of the USM 285 forms he received from the USM; Pltf wanted to know if he needed to file the copy with the court (lg) (Entered: 11/12/2003) |
| 11/12/2003 | 31 | Letter from the court to Pltf advising that the copy of the USM 285 forms he received from the USM are his copies as the USM filed the executed originals w/the court (lg) (Entered: 11/12/2003) |
| 11/25/2003 | 32 | Return of undeliverable mail sent to plaintiff Charles M. Robinson; envelope states 'not at SCI'; copy of updated docket sheet (lg) (Entered: 11/26/2003) |
| 11/26/2003 | 33 | NOTICE from CCIC that the new address for Mr. Robinson is DCC; doc. 32 remailed to him at the DCC address (lg) (Entered: 11/26/2003) |
| 12/02/2003 | 34 | Letter from Pltf to the Court for a status of his case and his Motions for Appointment of Counsel (lg) (Entered: 12/04/2003) |
| 12/04/2003 | 35 | Letter from the Court to the Pltf w/an updated docket sheet and the status of his Motions for Appointment of Counsel (lg) (Entered: 12/04/2003) |
| 12/12/2003 | 36 | NOTICE of attorney appearance for Montie, Costello, Stan Taylor by Richard W. Hubbard (lg) (Entered: 12/12/2003) |
| 12/12/2003 | 37 | MOTION by Montie, Costello, Stan Taylor to Dismiss Answer Brief due 12/26/03 re: [37-1] motion (lg) (Entered: 12/12/2003) |
| 12/12/2003 | | **Terminated deadlines (lg) (Entered: 12/12/2003) |
| 12/17/2003 | 38 | DEMAND for jury trial by Charles M. Robinson (doc titled: Motion for Jury Trial) (lg) (Entered: 12/22/2003) |
| 12/29/2003 | 39 | Letter Response Filed by Charles M. Robinson to [37-1] motion to |

| | | |
|---|---|---|
| | | Dismiss - Reply Brief due 1/5/04 (lg) (Entered: 12/29/2003) |
| 02/17/2004 | 40 | MOTION by Charles M. Robinson to Consolidate Cases (w/03-736) , and for Appointment of Guardian ad litem for Charles M. Robinson (lg) (Entered: 02/18/2004) |
| 03/29/2004 | 41 | MEMORANDUM ( signed by Judge Gregory M. Sleet ) copies to: cnsl (lg) (Entered: 03/29/2004) |
| 03/29/2004 | 42 | ORDER denying [16-1] motion for Appointment of Counsel, denying [17-1] motion for Appointment of Counsel ( signed by Judge Gregory M. Sleet ) copies to: cnsl (lg) (Entered: 03/29/2004) |
| 04/13/2004 | 43 | Letter MOTION by Charles M. Robinson for Reconsideration of [42-1] order, [41-1] order denying Motions for Appointment of Counsel (lg) (Entered: 04/14/2004) |
| 04/20/2004 | 44 | ORDER denying [43-1] motion for Reconsideration of [42-1] order, [41-1] order denying Motions for Appointment of Counsel ( signed by Judge Gregory M. Sleet ) copies to: Pltf & cnsl (lg) (Entered: 04/20/2004) |
| 04/20/2004 | 45 | REQUEST by Charles M. Robinson for for an updated copy of the docket sheet (mailed 4/20/04 by the Court) (lg) (Entered: 04/20/2004) |
| 05/26/2004 | 46 | Letter from Pltf to the Court requesting a copy of D.I. 40 as the Pltf feels as if he was not the person who drafted and filed the document (lg) (Entered: 05/27/2004) |
| 05/26/2004 | 47 | Motion to Withdraw Motion to Consolidate Cases and Appointment of Guardian (D.I. 40) by Charles M. Robinson (lg) (Entered: 05/27/2004) |
| 05/27/2004 | 48 | Letter from the Court to the Pltf to advise that D.I. 40 has been terminated as pending on the docket and to provide a copy of D.I. 40 for the Pltf's review (lg) (Entered: 05/27/2004) |
| 05/27/2004 | | **Terminated document 40 per Pltf's request (lg) (Entered: 05/27/2004) |
| 07/09/2004 | 49 | Letter from the Pltf to the Court requesting the status of the case and the process for issuing Subpoenas (lg) (Entered: 07/14/2004) |
| 07/14/2004 | 50 | Letter from the Court to the Pltf in response to his request for a case status and issuance of Subpoenas (lg) (Entered: 07/14/2004) |
| 09/30/2004 | 51 | ORDER granting [37-1] motion to Dismiss; the Plaintiff's complaint is DISMISSED without prejudice ( signed by Judge Gregory M. Sleet ) copies to: Counsel & counsel (asw) (Entered: 09/30/2004) |
| 09/30/2004 | | Case closed (mmm) (Entered: 10/01/2004) |
| 10/08/2004 | 52 | NOTICE OF APPEAL by Charles M. Robinson of Order [51-1] Dismissing complaint. Time: 2:30 pm. Fee Status: not paid. (mmm) (Entered: 10/08/2004) |
| 10/13/2004 | | Certified and transmitted record on appeal to U.S. Court of Appeals: [52-1] appeal by Charles M. Robinson; exit certified copies of docket entries |

| | | |
|---|---|---|
| | | indicating record complete for appeal purposes. (els) (Entered: 10/13/2004) |
| 10/13/2004 | | Copies to the Honorable Gregory M. Sleet, Charles M. Robinson and Richard W. Hubbard (els) (Entered: 10/13/2004) |
| 11/18/2004 | 53 | ORDER from the USCA for the Third Circuit, USCA CA 04-3983, that the foregoing motion to proceed in forma pauperis is granted; Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal; the appeal will be submitted to a panel of the Court for determination under 28 U.S.C. & 1915(e)(2) copies to: Clerk (asw) Modified on 01/13/2005 (Entered: 11/19/2004) |
| 11/19/2004 | | FILING FEE $ 255.00 assessed. Appellant is required to pay the full $255.00 fee in installments regardless of the outcome of the appeal; forward to the District Court the filing and docketing fees; payment assessed to the USDC (asw) (Entered: 11/19/2004) |
| 03/24/2005 | 54 | MANDATE of USCA as to [52] Notice of Appeal filed by Charles M. Robinson,, Appeal Record Sent to USCA. USCA Decision: Vacated & Remanded. (Attachments: # 1)(cw,) (Entered: 03/24/2005) |
| 03/24/2005 | | ***Case Reopened (mmm) (Entered: 05/03/2005) |
| 04/04/2005 | 55 | MOTION to Appoint Counsel - filed by Charles M. Robinson. (asw ) (Entered: 04/18/2005) |
| 04/18/2005 | 56 | MOTION for Conference of Parties Pursuant to FRCvP 26(f) - filed by Charles M. Robinson. (asw ) (Entered: 05/03/2005) |
| 04/28/2005 | 57 | ORDER, Clerk of Court to attempt to refer representation of plaintiff to member of Federal Civil Panel. Standing Order re Federal Civil Panel is incorporated by reference. Signed by Judge Gregory M. Sleet on 4/28/05. (mmm) (Entered: 05/03/2005) |
| 05/02/2005 | 58 | LETTER MOTION for Preliminary Injunction - filed by Charles M. Robinson. (mmm) (Entered: 05/05/2005) |
| 05/03/2005 | | ***Set/Clear Flags (mmm) (Entered: 05/03/2005) |
| 05/03/2005 | | ***Staff notes - Copy of D.I. 57 (Order Referring Matter for Representation) sent to the pro se plaintiff on 5/3/05. (mmm) (Entered: 05/03/2005) |
| 05/10/2005 | 59 | Letter to Clerk of the Court from Charles M. Robinson regarding request for docket report. (mmm) (Entered: 05/10/2005) |
| 05/10/2005 | | ***Staff notes - copy of docket report sent to Charles M. Robinson. (mmm) (Entered: 05/10/2005) |
| 05/11/2005 | 60 | Letter to Clerk of the Court from Charles M. Robinson regarding request for copies. (mmm, ) (Entered: 05/13/2005) |

(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**



**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

Charles M. Robinson

(Enter above the full name of the plaintiff in this action)

0 3 - 0 1 4 7

V.

St Lt Costello

Sgt Montie of the

SVOP in Sussex Cor. Inst.

(Enter above the full name of the defendant(s) in this action

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal courts dealing with the
    same facts involved in this action or otherwise relating to your imprisonment?
    YES [   ]    NO [ √ ]

    B.    If your answer to A is yes, describe the lawsuit in the space below. (If there
    is more than one lawsuit, describe the additional lawsuits on another piece of
    paper, using the same outline).    N/A

        1.    Parties to this previous lawsuit

    Plaintiffs    N/A

    Defendants    N/A

2.  Court (if fed    court, name the district; if state court, name the county)

_____ N/A _____

3.  Docket number ___ N/A _____

4.  Name of judge to whom case was assigned _____ N/A _____

5.  Disposition (for example: Was the case dismissed? Was it appealed?
    Is it still pending?)

_____ N/A _____

6.  Approximate date of filing lawsuit _____ N/A _____

7.  Approximate date of disposition _____ N/A _____

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B.  Did you present the facts relating to your complaint in the state prisoner
    grievance procedure? Yes [ ] No [X]

C.  If your answer is YES,

1.  What steps did you take? 

        N/A

2.  What was the result? 

D.  If your answer is NO, explain why not  Because He's the Grievance (Lt Costello
    Chairperson, And the Gentleman who Accepts Grievances,

E.  If there is no prison grievance procedure in the institution, did you complain to
    prison authorities? Yes [X] No [ ]

F.  If your answer is YES,

1.  What steps did you take? I had to get internal AFFAIRS
    INVolved, Mr. Luppenetti, to Investigate.

2.  What was the result? Still investigating, Matter Has Happened
    Several Times, Also still being threatened.

III. . Parties

(In item A below, place your name in the first blank and place your present address
in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff  Charles Robinson

      Address  511 Plum St. Milton, De, 19968

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank. Use
item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant  St Lt Costello  is employed as  STAFF Lt,

      And Securety  at  Sussex Viol. of Probation.

C.    Additional Defendants  Sgt Montie



IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes. If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

I, Charles Robinson was called into the Lt's office with a Staff

Lt Costello present and a Lt Montie, when I was called in and told

to sit down when I did the staff Lt started argoeing and yelling and at

me and got up and grabbed me around my neck and slammed me into filing cabinets

and into the walls and told me if I ever told anyone he would harm me a

my wife. Have witnesses that heard these 2 admit to these actions

-3-

(John Doe)

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

Mental , Punitive , Physical Abuse , And if possible
EARly Release from my incarceration, Probation
also Resolved.
    Also  A  Sum  of  #700,000.00  Negotiable.


Signed this  26  day of  January        , IX 2003


                                    x  Chuck Koleman
                                        (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.


    x  1/26/03                x  Chuck Koleman
            Date                        ( Signature of Plaintiff)

## U.S. District Court
### District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00945-GMS
### Internal Use Only

Robinson v. Carroll, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $0
Case in other court: USDC/DE, 03cv736GMS
                            USDC/DE, 04cv263GMS
                            USDC/DE, 04cv621GMS et al
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/16/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Charles M. Robinson**

represented by **Charles M. Robinson**
#342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Warden Thomas L. Carroll**

**Respondent**

**Attorney General of the State of
Delaware**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2004 | 1 | MOTION by Charles M. Robinson to Proceed in Forma Pauperis re: [1-1] motion (mwm) (Entered: 08/17/2004) |
| 08/16/2004 | 2 | PETITION for writ of habeas corpus (mwm) (Entered: 08/17/2004) |
| 08/25/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 08/25/2004) |
| 09/23/2004 | 4 | Order notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. Set Notice of Compliance deadline to 10/25/04 for Charles M. Robinson ( signed by Judge Gregory M. Sleet ) copies to: petitioner w/Mag. Consent form (mmm) (Entered: 09/29/2004) |
| 09/29/2004 | | **Terminated document (mmm) (Entered: 09/29/2004) |

| 10/07/2004 | 5 | Letter from Plaintiff re lack of envelopes and multiple case filings. (mmm) (Entered: 10/07/2004) |
|---|---|---|
| 10/07/2004 | 6 | AEDPA Election Form filed by petitioner. (mmm) (Entered: 10/07/2004) |
| 10/15/2004 | 7 | Order directing Respondents to answer. ( signed by Judge Gregory M. Sleet ). (mmm) (Entered: 10/19/2004) |
| 12/03/2004 | 8 | MOTION by Thomas L. Carroll with Proposed Order to Extend Time to Answer 2254. (mmm) (Entered: 12/03/2004) |
| 01/06/2005 | 9 | RESPONSE by Thomas L. Carroll, Attorney General to [2-1] petition (asw) (Entered: 01/07/2005) |
| 01/06/2005 | 10 | NOTICE of Filing of State Court Records by Thomas L. Carroll, Attorney General (asw) (Entered: 01/07/2005) |
| 01/06/2005 | 11 | State Court Record filed. (asw) (Entered: 01/07/2005) |
| 04/12/2005 | | ***Case management adjustment of briefing schedule re[8] Motion for Extension of Time. (mmm, ) (Entered: 04/12/2005) |
| 05/02/2005 | ⟲12 | LETTER MOTION for Preliminary Injunction - filed by Charles M. Robinson. (mmm) (Entered: 05/05/2005) |

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01202-GMS
## Internal Use Only

Robinson v. Taylor, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $250000
Case in other court: USDC/DE, 00cv345SLR
                     USDC/DE, 01cv624GMS
                     USDC/DE, 03cv147GMS
                     USDC/DE, 03cv736GMS
                     USDC/DE, 04cv263GMS
                     USDC/DE, 04cv621GMS
                     USDC/DE, 04cv945GMS et al
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/27/2004
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Charles M. Robinson**　　　　　　　represented by  **Charles M. Robinson**
                                                       #342781
                                                       Delaware Correctional Center
                                                       1181 Paddock Road
                                                       Smyrna, DE 19977
                                                       PRO SE

V.

**Defendant**

**Stanley Taylor**　　　　　　　represented by  **Ophelia Michelle Waters**
                                                          Department of Justice
                                                       State of Delaware
                                                       820 N. French Street, 8th Floor
                                                       Carvel Office Building
                                                       Wilmington, DE 19801
                                                       (302) 577-8400
                                                       Email: ophelia.waters@state.de.us
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Howard**　　　　　　　represented by  **Ophelia Michelle Waters**
                                                          (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Carroll**　　　　　　　represented by  **Ophelia Michelle Waters**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Betty Burris**                    represented by   **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Major Holman**                    represented by   **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald Drake**                    represented by   **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cpl. L. M. Merson**               represented by   **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt. Godwin**                      represented by   **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C/O Thurman Stanley**             represented by   **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2004 | 1 | MOTION by Charles M. Robinson to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 08/27/2004) |
| 08/27/2004 | 2 | COMPLAINT filed. (els) (Entered: 08/27/2004) |
| 08/27/2004 | 6 | SERVICE ORDER, ( signed by Judge Gregory M. Sleet ) copies to: Plaintiff (mmm) (Entered: 11/29/2004) |

| 09/01/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 09/01/2004) |
|---|---|---|
| 09/23/2004 | 4 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. Pltf has no assets to pay initial filing fee and any money pltf later receives will be collected in manner described in order. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 10/25/04. (signed by Judge Gregory M. Sleet ) copy to: Pltf w/Mag. Consent form (mmm) (Entered: 09/29/2004) |
| 09/29/2004 | | FILING FEE $ 150 assessed. (mmm) (Entered: 09/29/2004) |
| 10/05/2004 | 5 | Authorization by Charles M. Robinson requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 10/05/2004) |
| 10/05/2004 | | **Terminated deadlines (mmm) (Entered: 10/05/2004) |
| 12/14/2004 | 7 | Letter to Judge Sleet from the Plaintiff requesting a temporary restraining order against one of the defendants; copy to Pro Se Law Clerk (asw) (Entered: 12/14/2004) |
| 12/14/2004 | 8 | Letter dated 12/13/04 by the Clerk to the Plaintiff acknowledging receipt of USM 285 forms; Service copies of the complaint shall be forwarded to the U.S. Marshal for service upon defendants (asw) (Entered: 12/14/2004) |
| 12/14/2004 | | Exit copies to U.S. Marshal per D.I. 4 and D.I. 6 (asw) (Entered: 12/14/2004) |
| 01/27/2005 | 9 | WAIVER OF SERVICE Returned Executed as to Paul Howard 12/29/04 Answer due on 2/28/05 for Paul Howard (asw) (Entered: 02/09/2005) |
| 01/27/2005 | 10 | WAIVER OF SERVICE Returned Executed as to Holman 12/29/04 Answer due on 2/28/05 for Holman (asw) (Entered: 02/09/2005) |
| 01/27/2005 | 11 | WAIVER OF SERVICE Returned Executed as to L. M. Merson 12/29/04 Answer due on 2/28/05 for L. M. Merson (asw) (Entered: 02/09/2005) |
| 01/27/2005 | 12 | WAIVER OF SERVICE Returned Executed as to Stanley Taylor 12/29/04 Answer due on 2/28/05 for Stanley Taylor (asw) (Entered: 02/09/2005) |
| 01/27/2005 | 13 | WAIVER OF SERVICE Returned Executed as to Thomas Carroll 12/29/04 Answer due on 2/28/05 for Thomas Carroll (asw) (Entered: 02/09/2005) |
| 01/27/2005 | | SUMMONS issued for Jane Brady (Dept. of Justice)/Thomas Carroll (asw) (Entered: 02/09/2005) |
| 02/02/2005 | 14 | WAIVER OF SERVICE Returned Executed as to Betty Burris 12/29/04 Answer due on 2/28/05 for Betty Burris (asw) (Entered: 02/09/2005) |

| 02/02/2005 | 15 | Authorization by Charles M. Robinson requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office); Copy to Pro Se Law Clerk (asw) (Entered: 02/09/2005) |
|---|---|---|
| 02/10/2005 | 16 | WAIVER OF SERVICE Returned Executed as to Thurman Stanley 12/29/04 Answer due on 2/28/05 for Thurman Stanley (mmm) (Entered: 02/10/2005) |
| 02/16/2005 | 17 | ENTRY of Appearance by Ophelia Michelle Waters on behalf of Thurman Stanley, Stanley Taylor, Paul Howard, Thomas Carroll, Betty Burris, Holman, Ronald Drake, L. M. Merson, Godwin (asw, ) (Entered: 02/17/2005) |
| 02/28/2005 | 18 | MOTION to Dismiss for Failure to State a Claim - filed by Thurman Stanley, Stanley Taylor, Paul Howard, Thomas Carroll, Betty Burris, Holman, Ronald Drake, L. M. Merson, Godwin. (dab, ) (Entered: 02/28/2005) |
| 02/28/2005 | 19 | OPENING BRIEF in Support re [18] MOTION to Dismiss for Failure to State a Claim filed by Thurman Stanley, Stanley Taylor, Paul Howard, Thomas Carroll, Betty Burris, Holman, Ronald Drake, L. M. Merson, Godwin.Answering Brief/Response due date per Local Rules is 3/14/2005. (dab, ) (Entered: 02/28/2005) |
| 03/18/2005 | 20 | WAIVER OF SERVICE with 285 form returned executed For Ronald Drake waiver sent on 12/29/2004, answer due 2/28/2005. (asw ) (Entered: 03/22/2005) |
| 04/04/2005 | 21 | RESPONSE re Defendants' [18] MOTION to Dismiss for Failure to State a Claim filed by Charles M. Robinson.Reply Brief due date per Local Rules is 4/11/2005. (asw ) (Entered: 04/18/2005) |
| 04/19/2005 | 22 | REPLY BRIEF re [18] MOTION to Dismiss for Failure to State a Claim filed by Thurman Stanley, Stanley Taylor, Paul Howard, Thomas Carroll, Betty Burris, Holman, Ronald Drake, L. M. Merson, Godwin. (Waters, Ophelia) (Entered: 04/19/2005) |
| 05/02/2005 | 23 | MOTION to Amend [2] Complaint - filed by Charles M. Robinson. (asw ) (Entered: 05/03/2005) |
| 05/02/2005 | 24 | RESPONSE TO DEFENDANTS' REPLY MEMORANDUM re [18] MOTION to Dismiss for Failure to State a Claim filed by Charles M. Robinson. (asw ) (Entered: 05/03/2005) |
| 05/02/2005 | 25 | LETTER MOTION for Preliminary Injunction - filed by Charles M. Robinson. (mmm) (Entered: 05/05/2005) |
| 05/10/2005 | 26 | Letter to The Honorable Gregory M. Sleet from Ophelia M. Waters, DAG regarding Response to D.I. 25 re 25 MOTION for Preliminary Injunction. (Waters, Ophelia) (Entered: 05/10/2005) |