

| | | |
|---|---|---|
| **M. JANE BRADY**<br>**ATTORNEY GENERAL** | **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** | |
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19901<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5352<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

May 19, 2005

[New Castle County-Civil Division]

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Robinson v. Taylor, et al.
        C.A. No. 04-1202-GMS**

Dear Judge Sleet:

      I am providing an update on Charles Robinson's status regarding his law library access. Mr. Robinson's letter to Your Honor filed May 2, 2005, alleges that he is being denied legal access because he has filed several lawsuits against prison officials (D.I. 25).

      Contrary to Mr. Robinson's assertions, the attached Security Housing Unit Library Requests log details dates of materials requested and services provided to him. The log also outlines a description of the materials (see Affidavit of Michael Little, Legal Services Administrator, attached hereto).

      A review of the log entry shows that for the month of April 2005, Mr. Robinson requested and received library services approximately 45 times. The legal services provided included such things as legal research, photo-copies and notary services (see Exhibit A).

      In addition to the SHU law library requests log, I have attached Mr. Robinson's main law library requests history. As these records indicate, Mr. Robinson has been provided access to the law library, and has received paralegal assistance to pursue his legal matters (see Exhibit B).

      For the reasons stated, counsel believes Defendants have adequately addressed Mr. Robinson's concerns as represented.

The Honorable Gregory M. Sleet
May 19, 2005
Page 2

    Should Your Honor require additional information, I am available at the convenience of the court.

                                              Respectfully,

                                              /s/ Ophelia M. Waters

                                              Ophelia M. Waters
                                              Deputy Attorney General

OMW/lc

Cc:    Charles M. Robinson