IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1202-GMS |
| STANLEY TAYLOR, PAUL HOWARD, THOMAS CARROLL, BETTY BURRIS, MAJOR HOLMAN, RONALD DRAKE, CPL. L. M. MERSON, LT. GODWIN, and C/O THURMAN STANLEY, | ) |
| Defendants. | ) |

## AFFIDAVIT OF MICHAEL LITTLE

I, Michael Little, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Legal Services Administrator. I have been employed by the Department of Correction for 15 years. My duties include the supervision of all law libraries at D.CC. I have held this position since April 18, 2004.

2. In response to a request from the State of Delaware Department of Justice, I have obtained documentation relating to the frequency of inmate Charles Robinson's law library usage, the number of uses of the prison's notary, and the frequency and volume of copied pages of legal material provided to Mr. Robinson by the Delaware Correctional Center.

3. Attached hereto as Exhibit A, is a printed log of Mr. Robinson's Security Housing



Unit (SHU) Law Library Requests. It is broken down by dates with a description of the materials and services requested, along with those items received. It was generated by a review of the law library requests documentation. This log shows that during the period between April 1, 2005 through April 28, 2005, Mr. Robinson requested and received SHU law library services 45 times. In addition to the SHU library requests, Mr. Robinson received paralegal assistance from the Main Law Library, and has obtained the use of the prison notary 12 times. The use of law library facilities, including the use of a notary, is provided to inmates free of charge.

4.   Attached hereto as Exhibit B is the Delaware Correctional Center's Main Law Library Photo-Copy Log. This log is generated by the copying office located at the Main Law Library and is created as part of the day to day business operations at the Delaware Correctional Center. The Photo-Copy Log indicates that Mr. Robinson has been provided at least 631 pages of copied legal material from the time period September 9, 2004 through May 3, 2005. This number does not reflect the number of pages of copied case law materials, which have been provided to Mr. Robinson. This log also indicates that Mr. Robinson sought and received the help of prisoner paralegals on 8 separate occasions. Mr. Robinson is provided the above services free of charge.

5.   Mr. Robinson continues to have access to the above-listed legal resources.

6.   I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Michael Little

SWORN TO AND SUBSCRIBED BEFORE ME THIS 18th DAY OF May

2005.

_____
NOTARY