PAGE 02/14
WARDEN OFFICE DCC
3026532855
/10/2005 13:21

# SHU LAW LIBRARY REQUESTS

# FOR CHARLES ROBINSON #342781

| Inmate Name | SBI | Date In | Date Out | Materials Sent | Staff |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 12/11/2003 | 12/12/2003 | New Ink Pen; Paper; (2) Pro. Req. Forms | B.E. |
| Charles Robinson | 342781 | 12/11/2003 | 12/12/2003 | Ct. Case (1) 2 pgs. | B.E. |

| Name | Number | Date 1 | Date 2 | Description | Init. |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 12/19/2003 | 12/19/2003 | Paper; Envs (5); Pro. Req. Form | B.E. |
| Charles Robinson | 342781 | 12/22/2003 | 12/24/2003 | Ct. Cases (4) 28 pgs.; Sent. Red. Form | B.E. |
| Charles Robinson | 342781 | 12/22/2003 | 12/24/2003 | Paper; Envs (5) | B.E. |
| Charles Robinson | 342781 | 12/23/2003 | 12/23/2003 | Return Ct. Case (1) | B.E. |
| Charles Robinson | 342781 | 12/30/2003 | 12/30/2003 | Return Ct. Cases (4) | B.E. |
| Charles Robinson | 342781 | 12/30/2003 | 1/2/2004 | DE S Ct IFP & Six Mo. Stmt. Forms | B.E. |
| Charles Robinson | 342781 | 12/30/2003 | 1/2/2004 | Divorce Forms & Instructions | B.E. |
| Charles Robinson | 342781 | 1/21/2004 | 1/22/2004 | Ct. Cases (2) 75 pgs.; Shepards (2) | B.E. |
| Charles Robinson | 342781 | 1/21/2004 | 1/22/2004 | ALR Search Re:Probation | B.E. |
| Charles Robinson | 342781 | 1/21/2004 | 1/22/2004 | TIS Pgs. 29-38; (1) 15b Mot. | B.E. |
| Charles Robinson | 342781 | 1/29/2004 | 1/29/2004 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 2/3/2004 | 2/3/2004 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 2/6/2004 | 2/6/2004 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 2/9/2004 | 2/10/2004 | PSHLM Pgs. 212-221;Ct.Cases (2) 17 pgs. | B.E. |
| Charles Robinson | 342781 | 2/17/2004 | 2/17/2004 | Paper(50),Ink Pen(1),Lg.Envs(2) w/pay-to | B.E. |
| Charles Robinson | 342781 | 2/17/2004 | 2/17/2004 | Transferred to MHU | B.E. |
| Charles Robinson | 342781 | 2/17/2004 | 2/17/2004 | Return ALR Index Re: Probation | B.E. |
| Charles Robinson | 342781 | 2/17/2004 | 2/17/2004 | Return Ct. Case (1) | B.E. |
| Charles Robinson | 342781 | 2/17/2004 | 2/17/2004 | Photocopies (6pgs) | B.E. |
| Charles Robinson | 342781 | 2/18/2004 | 2/18/2004 | Return Super.Ct.Cr.R.30,52;Ct.Cases (2) | B.E. |
| Charles Robinson | 244526 | 6/25/2004 | 6/29/2004 | Response (See File) | B.E. |
| Charles Robinson | 342781 | 11/16/2004 | 11/18/2004 | (1 01983Form;(1)JPCtCvPkt;(8)POA Forms | B.E. |
| Charles Robinson | 342781 | 11/16/2004 | 11/18/2004 | (8)JPCtSubpForms;(1)SixMoReq.Form | B.E. |
| Charles Robinson | 342781 | 11/16/2004 | 11/18/2004 | (1)DESCtSampleBrief;(1)3rdCir.BriefSample | B.E. |
| Charles Robinson | 342781 | 11/16/2004 | 11/18/2004 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 11/29/2004 | 11/30/2004 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 11/29/2004 | 12/2/2004 | Request for Notary; CCP Not Appl. Form | B.E. |
| Charles Robinson | 342781 | 11/29/2004 | 12/2/2004 | 110pkt.; JP Ct Cv Pkt; (2)Cert.Svc.;SB50,15 | B.E. |
| Charles Robinson | 342781 | 11/29/2004 | 12/9/2004 | I/M PL Response | B.E. |
| Charles Robinson | 342781 | 12/3/2004 | 12/3/2004 | Return SB50,150 | B.E. |
| Charles Robinson | 342781 | 12/3/2004 | 12/7/2004 | Photocopies(75pgs);JPCtSubpoena (6) | B.E. |
| Charles Robinson | 342781 | 12/3/2004 | 12/7/2004 | (2)SixMo.Stmt.Form; (2)Pro.Req.Forms | B.E. |
| Charles Robinson | 342781 | 12/3/2004 | 12/7/2004 | Sent.Red.Form; JP Ct Cv Pkt. | B.E. |
| Charles Robinson | 342781 | 12/3/2004 | 12/7/2004 | Mot.Transcirpts Form; Title29s.10001-05 | B.E. |

05/10/2005 13:21    3026532855    WARDEN OFFICE DCC    PAGE

| Name | ID | Date 1 | Date 2 | Description | Init |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 12/7/2004 | 12/7/2004 | (10)Marshal Forms; FRCP-T.O.C.; FRCP 5 | B.E. |
| Charles Robinson | 342781 | 12/7/2004 | 12/7/2004 | USDist.Ct.Not.Appl.Form;3rdCir.Loc.R's-TOC | B.E. |
| Charles Robinson | 342781 | 12/7/2004 | 12/7/2004 | 3rd Cir. Brief & IFP Forms | B.E. |
| Charles Robinson | 342781 | 12/7/2004 | 12/7/2004 | Super.Ct. IFP Form; PSHLM Pgs.491-671 | B.E. |
| Charles Robinson | 342781 | 12/7/2004 | 12/7/2004 | Addresses (3) | B.E. |
| Charles Robinson | 342781 | 12/7/2004 | 12/9/2004 | Return I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 12/8/2004 | 12/10/2004 | Divorce Pkt.2 w/instrs.; Fam. Ct. IFP Form | B.E. |
| Charles Robinson | 342781 | 12/8/2004 | 12/10/2004 | Six Mo. Stmt. Form | B.E. |
| Charles Robinson | 342781 | 12/9/2004 | 12/9/2004 | Return FRCP5;Title29s.10001-05 | B.E. |
| Charles Robinson | 342781 | 12/9/2004 | 12/9/2004 | Return 3rd Cir.Loc.Appl. R's-T.O.C. | B.E. |
| Charles Robinson | 342781 | 12/9/2004 | 12/9/2004 | Return FRCP-T.O.C.;PSHLM Pgs.491-671 | B.E. |
| Charles Robinson | 342781 | 12/9/2004 | 12/16/2004 | Photocopies(46pgs); FRCP 65 | B.E. |
| Charles Robinson | 342781 | 12/9/2004 | 12/16/2004 | Fam. Ct. Cv. R.16; JP Ct Cv R's T.O.C. | B.E. |
| Charles Robinson | 342781 | 12/13/2004 | 12/15/2004 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 12/13/2004 | 12/15/2004 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 12/13/2004 | 12/16/2004 | Ct. Cases (4) 31 pgs. | B.E. |
| Charles Robinson | 342781 | 12/13/2004 | 12/16/2004 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 12/16/2004 | 12/17/2004 | I/M Grievance Procedures-return by 12/20/0 | B.E. |
| Charles Robinson | 342781 | 12/17/2004 | 12/20/2004 | Return I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 12/17/2004 | 12/23/2004 | Pro. Req. Form; Six Mo. Stmt. Form | B.E. |
| Charles Robinson | 342781 | 12/20/2004 | 12/20/2004 | Return Ct. Cases (4);JP Ct Cv R's-T.O.C. | B.E. |
| Charles Robinson | 342781 | 12/20/2004 | 12/20/2004 | Return Fam.Ct.Cv.R.16; FRCP 65 | B.E. |
| Charles Robinson | 342781 | 12/20/2004 | 12/23/2004 | Photocopies (177pgs) | B.E. |
| Charles Robinson | 342781 | 12/23/2004 | 12/28/2004 | Title 11 s. 1253 | B.E. |
| Charles Robinson | 342781 | 12/27/2004 | 12/28/2004 | Response (See File) | B.E. |
| Charles Robinson | 342781 | 12/27/2004 | 12/30/2004 | Request for Notary; USCA 28 s.1915 | B.E. |
| Charles Robinson | 342781 | 12/27/2004 | 12/30/2004 | USCA 42 s.1997e;JP Ct Cv Pkt. | B.E. |
| Charles Robinson | 342781 | 12/27/2004 | 12/30/2004 | Fam.Ct. Not. Mot.; Mot. Appt. Counsel | B.E. |
| Charles Robinson | 342781 | 12/28/2004 | 12/29/2004 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 12/29/2004 | 12/29/2004 | Return Title 11 s.1253 | B.E. |
| Charles Robinson | 342781 | 12/29/2004 | 1/4/2005 | Request for Notary; Ch.9 Disc. Proceedings | B.E. |
| Charles Robinson | 342781 | 12/29/2004 | 1/4/2005 | Ct. Cases (4) 22 pgs; Bill of Rights | B.E. |
| Charles Robinson | 342781 | 12/29/2004 | 1/4/2005 | I/M Grievance Procedures-return by 1/7/05 | B.E. |
| Charles Robinson | 342781 | 12/29/2004 | 1/4/2005 | POA Form; (3) Addresses | B.E. |

| Name | ID | Date 1 | Date 2 | Description | Init |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 12/29/2004 | 1/5/2005 | Notary Completed | O.S. |
| Charles Robinson | 342781 | 12/30/2004 | 12/30/2004 | Memo Re: Court Forms | B.E. |
| Charles Robinson | 342781 | 1/3/2005 | 1/3/2005 | Return USCA 42 s. 1997e;USCA28s1915 | B.E. |
| Charles Robinson | 342781 | 1/5/2005 | 1/5/2005 | Return Ct. Cases (3); Ch.9 Dis. Proceedings | B.E. |
| Charles Robinson | 342781 | 1/5/2005 | 1/5/2005 | Return I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 1/7/2005 | 1/13/2005 | Title10s.542,4001-04,8139;(2) Cert. Svc. | B.E. |
| Charles Robinson | 342781 | 1/7/2005 | 1/13/2005 | DE Const.Art.4s.7;Super.Ct.IFPForm | B.E. |
| Charles Robinson | 342781 | 1/7/2005 | 1/13/2005 | PSHLM T.O.C., Pgs.836-37 | B.E. |
| Charles Robinson | 342781 | 1/7/2005 | 1/13/2005 | Ct.Cases (4) 64 pgs.; USCA18s.4042 | B.E. |
| Charles Robinson | 342781 | 1/7/2005 | 1/13/2005 | USCA28s.2255;Ch.2 Rights of Prisoners | B.E. |
| Charles Robinson | 342718 | 1/10/2005 | 1/13/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 1/10/2005 | 1/14/2005 | DRE-T.O.C.;Super.Ct.Cv.R's-T.O.C. | B.E. |
| Charles Robinson | 342781 | 1/10/2005 | 1/14/2005 | Super.Disc.Mot.;Super.Ct.Cv.R.26 | B.E. |
| Charles Robinson | 342781 | 1/10/2005 | 1/14/2005 | Super.Ct.Cr.R.16 | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/14/2005 | Return USCA18s.4042;USCA28s2255 | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/14/2005 | Return Title10s.4001-04,8139,542 | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/14/2005 | Return DE.Const.Art.4s.7;PSHLM-T.O.C. | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/14/2005 | Return PSHLM Pgs.836-37;Ct.Cases(4) | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/19/2005 | Notary Completed | O.S. |
| Charles Robinson | 342781 | 1/14/2005 | 1/20/2005 | Request for Notary; Ct. Cases (3) 26 pgs. | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/20/2005 | Atl.Dig.K.4(10.1);FPDK.15;Title19s.1703 | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/20/2005 | Title29s.5115;USCA28s.1746 | B.E. |
| Charles Robinson | 342781 | 1/14/2005 | 1/20/2005 | PSHLM Pgs.166-71,180-99,375-489,243-35 | B.E. |
| Charles Robinson | 342781 | 1/18/2005 | 1/18/2005 | Return DRE-T.O.C.; Super.Ct.Cv.R's-T.O.C. | B.E. |
| Charles Robinson | 342781 | 1/18/2005 | 1/18/2005 | Return Ch.2 Rights of Prisoners | B.E. |
| Charles Robinson | 342781 | 1/18/2005 | 1/20/2005 | Ct. Cases (2) 38 pgs.;Super.Ct.Cv.R's3-8,10 | B.E. |
| Charles Robinson | 342781 | 1/18/2005 | 1/20/2005 | Super.Ct.Cv.R's12,16.1,24;DRE301-02,401 | B.E. |
| Charles Robinson | 342781 | 1/18/2005 | 1/20/2005 | DRE408,502-05 | B.E. |
| Charles Robinson | 342781 | 1/19/2005 | 1/19/2005 | Return Super.Ct.Cv.R.16,26 | B.E. |
| Charles Robinson | 342781 | 1/19/2005 | 1/20/2005 | (12)JPCtSubp.Forms;POAForm | B.E. |
| Charles Robinson | 342781 | 1/19/2005 | 1/20/2005 | JP Ct Cv R's15,16,45 | B.E. |
| Charles Robinson | 342781 | 1/19/2005 | 1/21/2005 | Return I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 1/20/2005 | 1/21/2005 | No Notary Completed | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/24/2005 | Return Ct.Cases (5);Atl.Dig.K.15,4(10.1) | B.E. |

05/10/2005 13:21   3025532855   WARDEN OFFICE DOC   PAGE 05/14

| Name | ID | Date 1 | Date 2 | Description | Init |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 1/24/2005 | 1/24/2005 | Return DRE301-02,408,503-05 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/24/2005 | Return Super.Ct.CvR.4,5-8,10,12,24 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/24/2005 | Return USCA28s.1746;JPCtCvR15,16,45 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/24/2005 | Return PSHLM Pgs.375-490,243-353 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/24/2005 | Return PSHLM Pgs.181-99,161-71 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/26/2005 | Notary Completed | O.S. |
| Charles Robinson | 342781 | 1/24/2005 | 1/27/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/28/2005 | Request for Notary; PSHLM Pgs.491-671 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/28/2005 | PSHLM Pgs.673-91;711-75;777-905;907-17 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/28/2005 | Super.Ct.Cv.R.29-31;DRE509,601-03,07-08 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/28/2005 | Title29s.4605;USCA28s.2254;USCA18s.36 | B.E. |
| Charles Robinson | 342781 | 1/24/2005 | 1/28/2005 | Ct. Cases (5) 47 pgs. & Sheps. Ea. | B.E. |
| Charles Robinson | 342781 | 1/28/2005 | 1/28/2005 | Return Title19s.1703;Super.Ct.Cv.R.3,16.1 | B.E. |
| Charles Robinson | 342781 | 1/28/2005 | 1/28/2005 | Return DRE401-03 | B.E. |
| Charles Robinson | 342781 | 1/28/2005 | 1/28/2005 | Title13s.1513;Title10s.4001-05,10-13,8106- | B.E. |
| Charles Robinson | 342781 | 1/28/2005 | 1/28/2005 | Rulesfor 2254Cases;2254Form;110Pkg. | B.E. |
| Charles Robinson | 342781 | 1/28/2005 | 1/28/2005 | CCPPraecipe,ComplaintForms | B.E. |
| Charles Robinson | 342781 | 1/28/2005 | 1/28/2005 | Rule 16c Form | B.E. |
| Charles Robinson | 342781 | 2/1/2005 | 2/1/2005 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 2/1/2005 | 2/2/2005 | Notary Completed | O.S. |
| Charles Robinson | 342781 | 2/3/2005 | 2/3/2005 | Photocopies (24pgs) | B.E. |
| Charles Robinson | 342781 | 2/3/2005 | 2/3/2005 | Memo Re: Request of 2/3/05 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Return Title10s4001-05,10-13,8106-07 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Return PSHLM Pgs.776-905,673-91,711-75 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Return PSHLM Pgs.491-671,907-17 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Rettum USCA18s.3626;USCA28s2254 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Return Super.Ct.Cv.R.29-31;DRE509,601-0 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Return DRE 607,08,11;Title29s.4605 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Return Ct. Cases (5); 2254 Rules | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | (2) Cert. Svc.; JPCt.Cv.R.4,12,16 | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | Super.Ct.Cv.R.12; Ct. Cases (4)29pgs.&She | B.E. |
| Charles Robinson | 342781 | 2/4/2005 | 2/4/2005 | DE Const. Art. 1 s.9 | B.E. |
| Charles Robinson | 342781 | 2/9/2005 | 2/9/2005 | Return JPCtCvR4,12,16;Super.CtCvR.12 | B.E. |
| Charles Robinson | 342781 | 2/9/2005 | 2/9/2005 | Return Ct.Cases (4);DEConst.Art.1sec.9 | B.E. |

| Name | ID | Date 1 | Date 2 | Description | Init. |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 2/9/2005 | 2/11/2005 | Title 11 s.4120,4121;DEConst.Art.1s.7 | B.E. |
| Charles Robinson | 342781 | 2/9/2005 | 2/11/2005 | Ct. Case (1) 18 pgs. | B.E. |
| Charles Robinson | 342781 | 2/9/2005 | 2/15/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/14/2005 | Return DEConst.Art.1s.7;Ct.Case (1) | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/14/2005 | Return Title 11 s.4120-21 | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | Super.Ct.Cr.R.35;Sent.Red.Form | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | Title11s.770;JPCtCvPkt;PSHLM-T.O.C. | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | JPCtCvR's-T.O.C.;FRCP-T.O.C. | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | Super.Ct.Cv.R's-T.O.C.;USCA42s.1997 | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | Title10s.4001-05,4010-12 | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | Title11s.4120-21;Ct.Cases(5)40pgs.&Sheps | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | POA Form; Request for Notary | B.E. |
| Charles Robinson | 342781 | 2/14/2005 | 2/22/2005 | JP Ct Cv R.15,45 | B.E. |
| Charles Robinson | 342781 | 2/16/2005 | 2/22/2005 | Photocopies 7 pgs. | B.E. |
| Charles Robinson | 342781 | 2/18/2005 | 2/22/2005 | Return I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 2/22/2005 | 2/23/2005 | No Notary Completed | B.E. |
| Charles Robinson | 342781 | 2/22/2005 | 3/1/2005 | Ct. Cases (4) 29 pgs.; PSHLMPgs.777-905 | B.E. |
| Charles Robinson | 342781 | 2/22/2005 | 3/1/2005 | Commut.Pkg.;USDist.Ct.Not.Appl.Form | B.E. |
| Charles Robinson | 342781 | 2/22/2005 | 3/1/2005 | CCPNot.Appl.Form;CCPComplaintForm | B.E. |
| Charles Robinson | 342781 | 2/22/2005 | 3/1/2005 | 3rd Cir. IFP Form | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/24/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/24/2005 | Return Super.Ct.Cr.R.35;USCA42s.1997 | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/24/2005 | Return Super.Ct.Cv.R's-T.O.C.;PSHLM-TOC | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/24/2005 | Return JPCtCvR's-T.O.C.;FRCP-T.O.C. | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/24/2005 | Return JPCtCvR.15; Ct.Cases(5) | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/24/2005 | Return Title 10 s.4001-05,10-12 | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 2/25/2005 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 3/11/2005 | FRCP62,63,65;USCA42s.1985,1986,1997 | B.E. |
| Charles Robinson | 342781 | 2/24/2005 | 3/11/2005 | Ct.Cases (4) 8 pgs. | B.E. |
| Charles Robinson | 342781 | 2/25/2005 | 2/25/2005 | Return JP Ct. Cv. R.45 | B.E. |
| Charles Robinson | 342781 | 3/3/2005 | 3/3/2005 | Return Ct. Cases (4); Title 11 s.4120-21 | B.E. |
| Charles Robinson | 342781 | 3/3/2005 | 3/8/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 3/10/2005 | 3/10/2005 | Memo Re: Complaint; CCPNot.Appl. Form | B.E. |
| Charles Robinson | 342781 | 3/10/2005 | 3/10/2005 | CCP Complaint Form | B.E. |

| Charles Robinson | 342781 | 3/10/2005 | 3/10/2005 | Memo Re: Excessive Legal Work | B.E. |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 3/11/2005 | 3/11/2005 | CCPIFPForm;JPIFPForm;CCPCv.R'sTOC | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/16/2005 | I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/16/2005 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/17/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/18/2005 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/18/2005 | Title11s.4120-21,4338;Super.Ct.Cv.R.35 | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/18/2005 | CCPCv.R.15-16,38,39,44-45,62,72,72.3,81 | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/18/2005 | USCA28s.1367,1746,2241;2254 Form | B.E. |
| Charles Robinson | 342781 | 3/14/2005 | 3/18/2005 | (2)Super.Ct.Affdv.Forms;FRCP56 | B.E. |
| Charles Robinson | 342781 | 3/16/2005 | 3/17/2005 | CC Penal Discipline return by 3/18/05 | B.E. |
| Charles Robinson | 342781 | 3/16/2005 | 3/17/2005 | Return I/M Grievance Procedures | B.E. |
| Charles Robinson | 342781 | 3/16/2005 | 3/18/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 3/17/2005 | 3/17/2005 | Return CC Penal Discipline | B.E. |
| Charles Robinson | 342781 | 3/17/2005 | 3/24/2005 | Photocopies (35pgs) | B.E. |
| Charles Robinson | 342781 | 3/21/2005 | 3/21/2005 | Return FRCP 56; CCPCv.R's15,16,38-39 | B.E. |
| Charles Robinson | 342781 | 3/21/2005 | 3/21/2005 | ReturnCCPCv.R's44-45,62,72,72.3,81-82,1 | B.E. |
| Charles Robinson | 342781 | 3/21/2005 | 3/21/2005 | ReturnSuper.Ct.Cv.R.35;Title11s.4120-21 | B.E. |
| Charles Robinson | 342781 | 3/21/2005 | 3/21/2005 | Return Title11s.4336;USCA28s.1367,1746 | B.E. |
| Charles Robinson | 342781 | 3/21/2005 | 3/21/2005 | Return USCA28s.2241 | B.E. |
| Charles Robinson | 342781 | 3/21/2005 | 3/24/2005 | Ct. Cases (5) 80 pgs. | B.E. |
| Charles Robinson | 342781 | 3/22/2005 | 3/22/2005 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 3/22/2005 | 3/23/2005 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 3/23/2005 | 3/24/2005 | Photocopies (34pgs); (2)Cert.Svc. | B.E. |
| Charles Robinson | 342781 | 3/23/2005 | 3/24/2005 | (2) Pro. Req. Forms | B.E. |
| Charles Robinson | 342781 | 3/28/2005 | 3/29/2005 | (4)Cert.Svc;FRCP12,21,26-38;USCA18s36 | B.E. |
| Charles Robinson | 342781 | 3/28/2005 | 3/29/2005 | USCA28s2241;Title29s100001-05;(2)Affdvs | B.E. |
| Charles Robinson | 342718 | 3/28/2005 | 3/29/2005 | Not.Appl.Form;3rdCir.BriefSample&IFP | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 3/29/2005 | Return Ct. Cases (5) | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | (2)CCPIFPForms;CCPNotAppl.Compl.Form | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | CCPPraecipeForm;(2)Super.Ct.IFP Forms | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | (2)Super.Ct.Cv.Pkts;3rdCirNotAppl.Forms | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | 3rdCirc.IFPForms;(4)SixMo.Stmt.Forms | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | CCP Cv R's & Super.Ct.Cv.R's T.O.C. | B.E. |

| Name | ID | Date In | Date Out | Description | Init |
|---|---|---|---|---|---|
| Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | Ct. Cases (2) 50 pgs. | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 4/1/2005 | Photocopies 6 pgs. | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 4/1/2005 | USCA18s4244;Sheps.(5)Ct.Cases | B.E. |
| Charles Robinson | 342781 | 3/29/2005 | 4/1/2005 | Ct.Cases (5) 45 pgs.; Title 11 s.4352 | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return Title29s.10001-05;FRCP12,21,27-37 | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return USCA28s.2241;USCA18s.3626 | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return CCPCt.Cv.R'sT.O.C. | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return Super.Ct.Cv.R'sT.O.C. | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | (2)Sheps.Ct.Cases;CCPCv.R.16,26,29,34,3 | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | CCPCvR45,63,110;Super.Ct.Cv.R.16,26,29 | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | Super.Ct.Cv.R.34,38,39,45,51,63,112,115 | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | (6) Addresses | B.E. |
| Charles Robinson | 342781 | 4/1/2005 | 4/6/2005 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/4/2005 | Return Ct. Cases (2); Sheps.Ct.Cases (5) | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/4/2005 | Return FRCP26;Title13s.1513;Title11s.4352 | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/4/2005 | Return USCA18 s.4244 | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/5/2005 | Photocopies (6pgs) | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/7/2005 | Ct.Cases(5)75pgs; Sheps.(2);Title11s.770 | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/7/2005 | Request for Notary | B.E. |
| Charles Robinson | 342781 | 4/4/2005 | 4/8/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 4/6/2005 | 4/6/2005 | Return Ct. Cases (5) | B.E. |
| Charles Robinson | 342781 | 4/6/2005 | 4/7/2005 | (1)Addresses;Super.Ct.Cv.R.26;35aMotion | B.E. |
| Charles Robinson | 342781 | 4/6/2005 | 4/7/2005 | Super.Ct.Cv.Pkt.;IFPForm;Mot.Transcripts | B.E. |
| Charles Robinson | 342781 | 4/6/2005 | 4/7/2005 | SixMo.Stmt.Form;DESCtNotAppl&IFP | B.E. |
| Charles Robinson | 342781 | 4/11/2005 | 4/11/2005 | Return Title 11 s.770, DE S Ct R.16,26 | B.E. |
| Charles Robinson | 342781 | 4/11/2005 | 4/19/2005 | (27) Addresses | B.E. |
| Charles Robinson | 342781 | 4/13/2005 | 4/19/2005 | POA Form; Super.Ct CIS; (8) Addresses | B.E. |
| Charles Robinson | 342781 | 4/13/2005 | 4/19/2005 | Photocopies (37pgs); Request for Notary | B.E. |
| Charles Robinson | 342781 | 4/13/2005 | 4/20/2005 | Notary Completed | O.S. |
| Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return Shep. Ct. Cases (2); CCP Cv R29,34 | B.E. |
| Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return CCPCv.R.36,45,63,110 | B.E. |
| Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return Super.Ct.Cv.R.29,32,34,38,39,45,51 | B.E. |
| Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return Super.Ct.Cv.R.63,112 | B.E. |
| Charles Robinson | 342781 | 4/19/2005 | 4/21/2005 | I/M PL. Response | B.E. |

| Charles Robinson | 342781 | 4/20/2005 | 4/21/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/21/2005 | Return Ct. Cases (5) | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | (1) Address; USCA28s.1331,43,67,91,1746 | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | USCA18s.4241,44,47,3552,3626;FRCP26- | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Title 11 s.4120-21,6535;Title10s.542,4001 | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Title10s.8801-05;DEConst.Art.4s.7,14 | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Ct. Case (1) 3 pgs; Photocopies 32 pgs. | B.E. |
| Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Title 29 s. 10001-05 | B.E. |
| Charles Robinson | 342781 | 4/22/2005 | 4/22/2005 | Photocopies (50pgs) | B.E. |
| Charles Robinson | 342781 | 4/25/2005 | 4/28/2005 | I/M PL. Response | B.E. |
| Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | Photocopies (32pgs);Sheps.Title11s.4121© | B.E. |
| Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | HB117; PSHLM-T.O.C.; DESCtR's-T.O.C. | B.E. |
| Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | Super.Ct.CIS; SixMo.Stmt.Form;JPCtCvPkt | B.E. |
| Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | DESCtBriefSample;Pro.Req.Form | B.E. |
| Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | DE Appellate Handbook T.O.C. | B.E. |
| Charles Robinson | 342781 | 5/2/2005 | 5/4/2005 | Notary Completed | B.E. |
| Charles Robinson | 342781 | 5/2/2005 | 5/5/2005 | I/M PL. Response | B.E. |

05/10/2005 13:21  3026532855  WARDEN OFFICE DOC  PAGE 10/14

## CHARLES ROBINSON
## MAIN LAW LIBRARY

| Date | Type | Status |
|---|---|---|
| 9/28/04 | PARALEGAL | SHOWED |
| 10/5/04 | REGULAR | SHOWED |
| 10/7/04 | REGULAR | NO SHOW |
| 10/8/04 | PARALEGAL | NO SHOW |
| 10/12/04 | PARALEGAL | SHOWED |
| 10/14/04 | REGULAR | SHOWED |
| 10/19/04 | PARALEGAL | SHOWED |
| 10/21/04 | REGULAR | SHOWED |
| 10/26/04 | PARALEGAL | SHOWED |
| 10/29/04 | REGULAR | SHOWED |