# MAIN LAW LIBRARY REQUESTS HISTORY

Page 1

| NAME | LOC. | DESCRIPTION | DATE REC. | DATE MAIL |
|---|---|---|---|---|
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 05/03/05 | 05/03/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 04/20/05 | 04/20/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 04/19/05 | 04/19/05 |
| Charles Robinson 342781 | B17 m-o | Response | 04/05/05 | 04/05/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 03/04/05 | 03/04/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 03/17/05 | 03/17/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 03/15/05 | 03/15/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 02/14/05 | 02/14/05 |
| Charles Robinson 342781 Brian SHU L.L. | B17 m-o | Law Of Torts # 48 & Response 3 | 01/24/05 | 01/25/05 |
| Charles Robinson 342781 Brian SHU L.L. | B17 m-o | Response 0 | 01/10/05 | 01/12/05 |
| Charles Robinson 342781 Envelope SHU L.L. | B17 m-o | Response 0 | 12/03/04 | 12/07/04 |
| Charles Robinson 342781 | D-E P-U | Legal Documents 65 | 10/26/04 | 10/26/04 |

DCC MAIN LAW LIBRARY
PHOTO-COPY LOG - 2005

PAGE 2

| NAME | LOC. | | DATE REC. | DATE MAIL |
|---|---|---|---|---|
| Charles Robinson 342781 | D-E p-u | Motion 30 | 10/21/04 | 10/21/04 |
| Charles Robinson 342781 | D-E p-u | Affidavit 5 | 10/19/04 | 10/19/04 |
| Charles Robinson 342781 | D-E p-u | Power of Attorney & Affidavit 75 | 10/19/04 | 10/19/04 |
| Charles Robinson 342781 | D-E p-u | Motion 32 | 10/14/04 | 10/14/04 |
| Charles Robinson 342781 | D-E p-u | Motion 22 | 10/14/04 | 10/14/04 |
| Charles Robinson 342781 | D-E p-u | Exhibits 50 | 10/12/04 | 10/12/04 |
| Charles Robinson 342781 | D-E p-u | Motion 144 | 10/15/04 | 10/15/04 |
| Charles Robinson 342781 | D-E m-o | Motion Response 30 | 09/30/04 | 09/30/04 |
| Charles Robinson 342781 | D-E p-u | 1983 Civil Complaint 60 | 09/23/04 | 09/23/04 |
| Charles Robinson 342781 | D-E p-u | Motions 91 | 09/21/04 | 09/21/04 |
| Charles Robinson 342781 | D-E p-u | Subpeonas 10 | 09/09/04 | 09/09/04 |

DCC MAIN LAW LIBRARY
PHOTO-COPY LOG - 2005

PAGE 3

| NAME | LOC. | | DATE REC. | DATE MAIL |
|---|---|---|---|---|
| Charles Robinson 342781 | D-E p-u | Notice of Appeal 14 | 09/09/04 | 09/09/04 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |