To: CLERK OF COURT
FR: CHARLES W. ROBINSON
RE: COPIES
DA: MAY 17, 2005



Mr. Dalleo,

    Please be advised that I am having trouble with the Law Library and am unable to receive copies, to be able to serve a copy on counsel. Please see: 03-147-GMS (D.I. 58); 04-1202-GMS (D.I. 25); 04-945-GMS (D.I. 12), where I am requesting the courts help on this matter, in a Preliminary Injunction. Could you please file this motion and serve a copy to the Defendants counsel listed below:

*Ophelia M. Waters
Dept. of Justice
820 N. French St, 8th Floor
Wilmington, DE, 19801

                              Very Truly Yours

                              Charles W. Robinson
                              #00342781

I/M CHARLES M. ROBINSON
SBI# 00342721 UNIT S.H.U 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.POSTAGE 0.37
SMYRNA DE MAY 24 '05

U.S.M.S. X-RAY

UNITED STATES DISTRICT (RT)
CLERKS OFFICE (RD)
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE, 19801

LEGAL MAIL

