United States District Court
District of Delaware

Charles N. Robinson

vs.                                              C.A. No: 04-1202-GMS

Stanley Taylor et.al.


FILED
MAY 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Pre-Trial Conference

Comes Now The Plaintiff, Charles W. Robinson, Pro-Se, Who Herewith Petitions This Honorable Court Pursuant To Federal Rules Of Civil Procedure 16 For A Pre-Trial Conference And Respectfully Asserts The Following In Support Thereof:

### Factual Background

The Plaintiff Has Already Had Two (2) Civil Actions Dismissed Because Of The Actions Of Paralegal Brian D Engram And Legal Services Administrator Micheal S. Little, Which He Can Prove.

1. On May 2nd, 2005, a Preliminary Injunction was filed by the Plaintiff, claiming denial of access to courts, by SHU Law Library Paralegal Brian D. Engrem and the Legal Services Administrator Micheal S. Little.

2. The Plaintiff has documentation which will prove the allegations set forth in his Motion for Pre-Liminary Injunction.

3. The Plaintiff only has possession of the original documents and does not possess any copies of them. And because of the illegal actions and consequences involved if these documents become available to the court, the Plaintiff feels it would be futile to his current case and accusations to send these original documents to the same people, that he is currently accusing of his denial of access to courts, in the fear that they would be misplaced or lost on purpose.

4. According to Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Practice & Procedure 5.2(a) & 5.3, the Plaintiff must file copies with the Defendants Counsel, of any motion he files in his case or the motion will be returned without consideration.

5. The Plaintiff has several inmate witnesses, that are willing to testify under penalty of perjury, that are having the same problems as the Plaintiff, with Paralegal Brian D. Engrem and Legal Services Administrator Micheal S. Little.

6. The Plaintiff also has a Delaware Correctional Officer which can verify that he personally placed the Plaintiffs forms in the locked law library box, which Paralegal Brian Engrem claims he never recieved, which caused a case of the Plaintiffs to recently be dismissed.

WHEREFORE, THE PLAINTIFF PRAYS THIS HONORABLE COURT WILL GRANT HIS MOTION FOR A PRE-TRIAL CONFERENCE OR IN THE ALTERNATIVE, ALLOW THE PLAINTIFF TO FILE HIS ORIGINAL WITH THE COURT, AND THE COURT PROVIDE A COPY TO THE DEFENDANTS COUNSEL.

RESPECTFULLY SUBMITTED

May 17, 2005

_____
CHARLES W. ROBINSON

IM CHARLES M ROBINSON
SBI# 00342721 UNIT S.H.U 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



UNITED STATES DISTRICT COURT
CLERK'S OFFICE (D)
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE. 19801

LEGAL MAIL