UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

Vs.   C.A. No: 04-1202-GMS

STANLEY TAYLOR
   ET. AL.

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO AMEND COMPLAINT.

Comes Now, the Plaintiff, Charles M. Robinson, pursuant to Fed. R. Civ. P. Rule (15), requests leave to amend his complaint as follows:

1. In Part "V" Under Relief Requested in the Plaintiffs Complaint he asks for the sum of $250,000.00 and for the Department of Corrections to Fire Defendant Thurman Stanley as an Employee of the Department of Corrections.

2. THE PLAINTIFF REQUESTS THAT THE ABOVE BE REMOVED, AND FOR PART V, UNDER RELIEF REQUESTED TO STATE AS FOLLOWS:

I WOULD LIKE THE SUM OF 250,000 DOLLARS FROM DEFENDANTS, TAYLOR, HOWARD CARROLL BURRIS, HOLMAN DRAKE, GOOLIN, MERSON, AND C/O: THURMAN STANLEY, FOR THE EMOTIONAL AND PSYCHOLOGICAL/MENTAL INJURIES SUB- STAINED AS A RESULT OF DEFENDANT THURMAN STANLEYS ACTIONS, AND THEIR FAILURE TO STOP THESE ACTIONS.

3. WHICH MEANS THE PLAINTIFF IS REQUEST- ING TO REMOVE THAT DOC TERMINATE THURMAN STANLEYS EMPLOYMENT.

WHEREFORE, PURSUANT TO FED. R. CIV. P. RULE(15) THE PLAINTIFF RESPECTFULLY REQUEST THAT THE HONORABLE COURT GRANT RELIEF.

RESPECTFULLY SUBMITTED

_____    _____
DATED                       CHARLES W. ROBINSON

IM Charles A. Robinson
SBI# 00348781  UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



LEGAL MAIL

United States District Court
Clerks Office
844 N. King St. Lockbox 18
Wilmington, DE, 19801