To: CLERK OF COURT
FR: CHARLES M. ROBINSON
RE: 04-1202-GMS
DA: MAY 30, 2005

**FILED**
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    PLEASE BE SO ADVISED THAT I RECIEVED A DOCUMENT FROM YOUR DEPARTMENT STATING I DID NOT SEND A CERTIFICATE OF SERVICE WITH MY MOTION TO AMEND COMPLAINT. SEE: EXHIBIT "A".

    IF YOUR OFFICE WILL CLEARLY SEE I FILED (D.I. 23 & D.I. 24) AT THE SAME TIME, IN THE SAME ENVELOPE, TO YOUR HONORABLE COURT. ENCLOSED WAS A CERTIFICATE OF SERVICE, WHICH STATED THAT I SERVED A TRUE AND CORRECT COPY(IES) OF "THE MOTION TO AMEND COMPLAINT & RESPONSE TO DEFENDANTS REPLY MEMORANDUM TO THE ASSIGNED COUNSEL.

    PLEASE REVIEW MY FILE AND CORRECT THIS PROBLEM. THANK YOU FOR YOUR TIME.

VERY TRULY YOURS

Charles M. Robinson
CV342781

*NO OTHER AMEND COMPLAINT HAS BEEN FILED IN THIS CASE BUT D.I. 23

33

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**FILED**
**MAY 2 6 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: May 26, 2005

TO: Charles M. Robinson

RE:   CA# 04-1202 GMS   CASE CAPTION: Robinson v. Taylor, et al.

DOCUMENT TITLE:   MOTION TO AMEND COMPLAINT

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

**X** **Certificate of Service not included with the document.**

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☐ Other:_____

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at http:www.ded.uscourts.gov.

cc:   Assigned Judge

(Rev. 5/05)

Mane McDavid
Deputy Clerk

EXT "A"

**Other Events**
1:04-cv-01202-GMS Robinson v. Taylor, et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from mmm, entered on 5/26/2005 at 5:14 PM EDT and filed on 5/26/2005
**Case Name:**     Robinson v. Taylor, et al
**Case Number:**   1:04-cv-1202
**Filer:**
**Document Number:** 33

**Docket Text:**
DEFICIENCY NOTICE by the Court issued to Plaintiff Charles M. Robinson re [32] MOTION to Amend/Correct [2] Complaint. (mmm)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/26/2005] [FileNumber=48510-0]
[9e24db0d3ce6e8515b90cf5e945c945381e4c5c383e158525d45a9060bc381233c701
b202b0ad64c139bc6ebc07c68cc506dfd5de69831ef5051cb5852ea745b]]

**1:04-cv-1202 Notice will be electronically mailed to:**

Ophelia Michelle Waters    ophelia.waters@state.de.us,

**1:04-cv-1202 Notice will be delivered by other means to:**

Charles M. Robinson
#342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



I/M CHARLES M. ROBINSON
SBI# 342781  UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
THE CLERKS OFFICE
844 N. KING ST. LOCKBOX 18
WILMINGTON DE. 19801