UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

Vs.

STANLEY TAYLOR et.al.

C.A. No: 04-1202-GMS

FILED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR RE-CONSIDERATION

COMES NOW, THE PLAINTIFF, CHARLES M. ROBINSON, HEREBY MOVES THIS HONORABLE COURT TO RE-CONSIDER ITS DECISION DENYING THE PLAINTIFFS LETTER MOTION SEEKING A PRELIMINARY INJUNCTION, FOR THE FOLLOWING REASONS BELOW:

1. THE DEFENDANTS AFFIDAVIT (D.I. 29 Ex A), THEY STATE THAT THE PLAINTIFF HAS RECIEVED LAW LIBRARY SERVICES (45) TIMES BETWEEN APRIL 1ST, 2005 TO APRIL 28TH, 2005, WHICH IS FALSE AND MIS-LEADING.

2. IF THE COURT LOOKS AT THE LAW LIBRARY RECORDS FOR APRIL 1st, 2005 TO APRIL 28th 2005, WHICH THE PLAINTIFF HAS INCLUDED AS HIS EXHIBIT A, AND ALSO NUMBERED THE (45) TIMES THE DEFENDANTS CLAIM HE RECIEVED LAW LIBRARY SERVICES, THEY WILL SEE THAT THE DEFENDANTS DID IN FACT FALSIFY AND MIS-LEAD THE LAW LIBRARY RECORDS TO SHOW FALSE REPORTS TO YOUR HONORABLE COURT.

3. IF THE COURT LOOKS AT THE PLAINTIFFS EXHIBIT A, AT NUMBERS: 1, 2, 3, 4, 10, 11, 12, 17, 21, 26, 27, 28, 29, AND 32, THEY WILL CLEARLY SEE THAT THE DEFENDANTS WERE COUNTING WHEN I WAS RETURNING MY LEGAL SUPPLIES TO THEIR OFFICE AS ME RECIEVING SERVICES FROM THEIR OFFICE, AND PRESENTED AS SUCH TO YOUR HONORABLE COURT, WHICH CAN WITHOUT A DOUBT BE MIS-LEADING AND EVEN PERJURY.

4. WHEN THE PLAINTIFF FILED HIS LETTER MOTION (D.I. 25) WITH YOUR HONORABLE COURT HE WAS IN FACT SPEAKING OF A MICHAEL LITTLE AND BRIAN ENGREM AS THE ONES THAT WERE IN FACT DENYING HIM OF HIS LEGAL ACCESS TO THE LAW LIBRARY, WHICH ARE THE SAME ONES THAT FILED THIS FALSIFIED AND MIS-LEADING REPORT WITH YOUR HONORABLE COURT.

5. If the court looks at number #6 on the affidavit submitted by Michael Little it states: "I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Dept. Of Corrections". Which he signed under penalty of perjury, which means he in fact knew what he was submitting to your Honorable Court before doing so.

6. When the plaintiff recieved the defendants false and mis-leading records he filed a motion for a pre-trial conference where he would present witnesses, and documentation to support his letter motion and also present other occaisions when this has and is happened to other inmates by the same (2) officials, which has also caused their cases to be dismissed.

7. The plaintiff also believes that it denies him of his 5th Amendment Due Process rights to allow the same officials that he is claiming wrong against, to be allowed to submit this mis-leading and falsified documentation to your Honorable Court.

WHEREFORE, THE PLAINTIFF REQUESTS THAT YOUR HONORABLE COURT GRANT HIS MOTION FOR RE-CONSIDERATION AND TAKE INTO CONSIDERATION HIS NEW EVIDENCE WHEN MAKING A DECISION ON HIS LETTER MOTION FOR A PRE-LIMINARY INJUNCTION.

RESPECTFULLY SUBMITTED.

July 6TH, 2005
DATED

Charles M. Robinson
CHARLES M. ROBINSON
SBI# 00342781
DELAWARE CORR CTR.
1181 PADDOCK RD.
SMYRNA, DE. 19977

## CERTIFICATE OF SERVICE

I, CHARLES M. ROBINSON, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION FOR RE-CONSIDERATION UPON THEY FOLLOWING COUNSEL:

* ATTORNEY GENERALS OFFICE
OPHELIA M. WATERS ESQ
820 N. FRENCH ST.
WILMINGTON, DE, 19801

PURSUANT TO §1746, I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

_____
CHARLES M. ROBINSON
00342781

INM CHARLES N. ROBINSON
SBI# 00342781 UNIT SHU 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE $0.60
SMYRNA DE JUL 14 '05
PB METER 6728573

U.S.M.S. X-RAY

United States District Court
844 N. King St.
Lockbox 18
Wilmington, DE. 19801