| # | Name | ID | Date | Date | Description | Staff |
|---|---|---|---|---|---|---|
| 1 | Charles Robinson | 342781 | 3/29/2005 | 3/31/2005 | Ct. Cases (2) 50 pgs. | B.E. |
| 2 | Charles Robinson | 342781 | 3/29/2005 | 4/1/2005 | Photocopies 6 pgs. | B.E. |
| 3 | Charles Robinson | 342781 | 3/29/2005 | 4/1/2005 | USCA18s4244;Sheps.(5)Ct.Cases | B.E. |
| 4 | Charles Robinson | 342781 | 3/29/2005 | 4/1/2005 | Ct.Cases (5) 45 pgs.; Title 11 s.4352 | B.E. |
| 5 | Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return Title29s. 10001-05;FRCP12,21,27-31 | B.E. |
| 6 | Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return USCA28s.2241;USCA18s.3626 | B.E. |
| 7 | Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return CCPCt.Cv.R'sT.O.C. | B.E. |
| 8 | Charles Robinson | 342781 | 4/1/2005 | 4/1/2005 | Return Super.Ct.Cv.R'sT.O.C. | B.E. |
| 9 | Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | Super.Ct.Cv.R.34,38,39,45,51,63,112,115 | B.E. |
| 10 | Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | CCPCvR45.63,110;Super.Ct.Cv.R. 16,26,29 | B.E. |
| 11 | Charles Robinson | 342781 | 4/1/2005 | 4/5/2005 | (2)Sheps.Ct.Cases;CCPCv.R.16,26,29,34,3 | B.E. |
| 12 | Charles Robinson | 342781 | 4/1/2005 | 4/6/2005 | Notary Completed | B.E. |
| 13 | Charles Robinson | 342781 | 4/4/2005 | 4/4/2005 | Return Ct. Cases (2); Sheps.Ct.Cases (5) | B.E. |
| 14 | Charles Robinson | 342781 | 4/4/2005 | 4/4/2005 | Return FRCP26;Title13s.1513;Title11s.435 | B.E. |
| 15 | Charles Robinson | 342781 | 4/4/2005 | 4/4/2005 | Return USCA18 s.4244 | B.E. |
| 16 | Charles Robinson | 342781 | 4/4/2005 | 4/5/2005 | Photocopies (6pgs) | B.E. |
| 17 | Charles Robinson | 342781 | 4/4/2005 | 4/7/2005 | Ct.Cases(5)75pgs; Sheps.(2);Title11s.770 | B.E. |
| 18 | Charles Robinson | 342781 | 4/4/2005 | 4/7/2005 | Request for Notary | B.E. |
| 19 | Charles Robinson | 342781 | 4/6/2005 | 4/8/2005 | I/M PL. Response | B.E. |
| 20 | Charles Robinson | 342781 | 4/6/2005 | 4/6/2005 | Return Ct. Cases (5) | B.E. |
| 21 | Charles Robinson | 342781 | 4/6/2005 | 4/7/2005 | (1)Addresses;Super.Ct.Cv.R.26;35aMotion | B.E. |
| 22 | Charles Robinson | 342781 | 4/6/2005 | 4/7/2005 | Super.Ct.Cv.Pkt.;IFPForm;Mot.Transcripts | B.E. |
| 23 | Charles Robinson | 342781 | 4/11/2005 | 4/7/2005 | SixMo.Stmt.Form;DESC:NotAppl&IFP | B.E. |
| 24 | Charles Robinson | 342781 | 4/11/2005 | 4/19/2005 | Return Title 11 s.770, DE S CtR.16,26 | B.E. |
| 25 | Charles Robinson | 342781 | 4/13/2005 | 4/19/2005 | (27) Addresses | B.E. |
| 26 | Charles Robinson | 342781 | 4/13/2005 | 4/19/2005 | POA Form; Super.Ct ClS; (8) Addresses | B.E. |
| 27 | Charles Robinson | 342781 | 4/13/2005 | 4/19/2005 | Photocopies (37pgs); Request for Notary | B.E. |
| 28 | Charles Robinson | 342781 | 4/13/2005 | 4/20/2005 | Notary Completed | O.S. |
| 29 | Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return Shep. Ct. Cases (2); CCP Cv R29,3 | B.E. |
| 30 | Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return CCPCv.R.36,45,63,110 | B.E. |
| 31 | Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return Super.Ct.Cv.R.29,32,34,38,39,45,51 | B.E. |
| 32 | Charles Robinson | 342781 | 4/18/2005 | 4/18/2005 | Return Super.Ct.Cv.R.63,112 | B.E. |
| 33 | Charles Robinson | 342781 | 4/19/2005 | 4/21/2005 | I/M PL. Response | B.E. |

EXT. "A"

| # | Name | ID | Date | Date | Description | Initials |
|---|---|---|---|---|---|---|
| 31 | Charles Robinson | 342781 | 4/20/2005 | 4/21/2005 | I/M Pl. Response | B.E. |
| 32 | Charles Robinson | 342781 | 4/21/2005 | 4/21/2005 | Return Ct. Cases (5) | B.E. |
| 33 | Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | (1) Address; USCA28s.1331,43,67,91,1746 | B.E. |
| 34 | Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | USCA18s.4241,44,47,3552,3626;FRCP26- | B.E. |
| 35 | Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Title 11 s.4120-21,6535;Title10s.542,4001 | B.E. |
| 36 | Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Title10s.8801-05;DEConst.Art.4s.7, 14 | B.E. |
| 37 | Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Ct. Case (1) 3 pgs; Photocopies 32 pgs. | B.E. |
| 38 | Charles Robinson | 342781 | 4/21/2005 | 4/28/2005 | Title 29 s. 10001-05 | B.E. |
| 39 | Charles Robinson | 342781 | 4/22/2005 | 4/22/2005 | Photocopies (50pgs) | B.E. |
| 40 | Charles Robinson | 342781 | 4/25/2005 | 4/28/2005 | I/M Pl. Response | B.E. |
| 41 | Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | Photocopies (32pgs);Sheps.Title11s.4121© | B.E. |
| 42 | Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | HB117; PSH/LM-T.O.C.; DESC!R's-T.O.C. | B.E. |
| 43 | Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | Super.Ct.CIS; StdMo.Stmt.Form;JPCtCvPkt | B.E. |
| 44 | Charles Robinson | 342781 | 4/25/2005 | 5/3/2005 | DESCBriefSample;Pro.Req.Form | B.E. |
| 45 | Charles Robinson | 342781 | 5/2/2005 | 5/4/2005 | DE Appellate Handbook T.O.C. | B.E. |
| 46 | Charles Robinson | 342781 | 5/2/2005 | 5/2/2005 | Notary Completed | B.E. |
| 47 | Charles Robinson | 342781 | 5/2/2005 | 5/5/2005 | I/M Pl. Response | B.E. |