To: CLERK OF COURT
Fr: CHARLES M. ROBINSON
Re: DOCKET SHEETS
Da. AUGUST 21st. 2005

I AM WRITING YOU TO REQUEST DOCKET SHEETS IN MY ACTIVE CASES. I'VE LISTED THE CIVIL ACTION NUMBERS BELOW SO YOU CAN BE IDENTIFY THEM EASILY.

1. 03-147-GMS
2. 04-945-GMS
3. 04-1202-GMS
4. 04-1512-GMS



FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

VERY TRULY YOURS

_____
CHARLES M. ROBINSON
#00342781
DE. CORR. CTR.
1181 PADDOCK RD.
SMYRNA. DE. 19977

I/M Charles N. Robinson
SBI# 00342281  UNIT MHU 22.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801

U.S.M.S.
X-RAY

LEGAL MAIL