IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1202 (GMS) |
| | ) |
| STANLEY TAYLOR, PAUL HOWARD, | ) |
| THOMAS CARROLL, BETTY BURRIS, | ) |
| MAJOR HOLMAN, RONALD DRAKE, | ) |
| CPL. L. M. MERSON, LT. GODWIN, and | ) |
| C/O THURMAN STANLEY, | ) |
| | ) |
| Defendants. | ) |

FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, on August 27, 2004, Charles Robinson ("Robinson"), who is presently incarcerated at the Delaware Correctional Center (the "DCC"), filed a *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, against Stanley Taylor ("Taylor"), Paul Howard ("Howard"), Thomas Carroll ("Carroll"), Betty Burris ("Burris"), Major Holman ("Holman"), Ronald Drake ("Drake"), Cpl. L. M. Merson ("Merson"), Lt. Godwin ("Godwin") and C/O Thurman Stanley ("Stanley") (collectively, the "defendants");

WHEREAS, on May 2, 2005, Robinson filed a letter with the court seeking preliminary injunctive relief against the defendants (D.I. 25), requesting the court to enjoin the defendants from interfering with his access to legal services at the DCC.

WHEREAS, on June 30, 2005, the court issued an Order (D.I. 35) denying Robinson's motion based on his failure to present sufficient evidence of irreparable harm;

WHEREAS, on July 21, 2005, Robinson filed a Motion for Reconsideration (D.I. 37), asking the court to reconsider its June 30, 2005 Order;

WHEREAS, a motion for reconsideration should be granted only "sparingly"[1];

WHEREAS, in this district, motions for reconsideration are granted only if it appears that the court has patently misunderstood a party, has made a decision outside the adversarial issues presented by the parties, or has made an error not of reasoning, but of apprehension[2]; and

WHEREAS, the court concludes that none of the three above-cited conditions exist in the present case;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion for Reconsideration (D.I. 37) is DENIED.

Dated: September 26, 2005

UNITED STATES DISTRICT JUDGE

---

[1] *Tristrata Tech. Inc. v. ICN Pharms., Inc.*, 313 F. Supp. 2d 405, 407 (D. Del. 2004); *Karr v. Castle*, 768 F. Supp. 1087, 1090 (D. Del. 1991).

[2] *See, e.g., Shering Corp. v. Amgen, Inc.*, 25 F. Supp. 2d 293, 295 (D. Del. 1998); *Brambles USA, Inc. v. Blocker*, 735 F. Supp. 1239, 1240 (D. Del. 1990) (citing *Above the Belt, Inc. v. Mel Bonhannan Roofing, Inc.*, 99 F.R.D. 99 (E.D. Va. 1983)); *see also Karr*, 768 F. Supp. at 1090 (citing same).