IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES M. ROBINSON,
Petitioner,

v.

STANLEY TAYLOR et.al,
Respondents.

Civil Action No.

04-1202-GMS

NOTICE OF APPEAL

Notice is hereby given that CHARLES M. ROBINSON, Petitioner in the above-entitled matter, does appeal to the United States Court of Appeals for the Third Circuit from the ORDER OF DISMISSAL of Judge GREGORY M. SLEET entered in this Action on SEPT. 26TH, 2005.



DATED: Sept 28th, 2005

Respectfully yours,

Charles M. Robinson
CHARLES M. ROBINSON
00342781
Delaware Correctional Center
Smyrna, DE 19977



Charles M. Robinson
SBI# 302781  UNIT E BLDG
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE, 19801

Legal Mail