UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-4492

CHARLES M. ROBINSON,

Appellant

v.

STANLEY TAYLOR; PAUL HOWARD; THOMAS CARROLL;
BETTY BURRIS; MAJOR HOLMAN; RONALD DRAKE;
Cpl. L. M. MERSON; Lt. GODWIN;
C/O THURMAN STANLEY

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 04-cv-1202)
District Judge: Honorable Gregory M. Sleet

Submitted Under Third Circuit LAR 34.1(a)
August 11, 2006

Before: MCKEE, FUENTES AND NYGAARD, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted under Third Circuit LAR 34.1. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District

Court entered September 26, 2005, be and the same is hereby affirmed in part and vacated in part. This matter is remanded to the District Court for further proceedings. All of the above in accordance with the opinion of this Court.

                                              ATTEST:

                                              /s/ Marcia M. Waldron
                                                Clerk

DATED: November 7, 2006

Certified as a true copy and issued in lieu
of a formal mandate on 11/29/06

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit