IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1202 GMS |
| | ) | |
| C/O THURMAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, on August 27, 2004, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on February 10, 2005, a waiver of service was returned executed as to Correctional Officer Thurman Stanley ("Stanley") (D.I. 16);

WHEREAS, an answer to the complaint by Stanley was due on February 28, 2005;

WHEREAS, on February 28, 2005, Stanley, as well as the other defendants, filed a Motion to Dismiss for Failure to State a Claim (D.I. 18);

WHEREAS, on September 26, 2005, the court issued a Memorandum and Order (D.I. 41) dismissing the claims against all defendants and closing the case;

WHEREAS, on October 3, 2005, a Notice of Appeal (D.I. 42) was filed by the plaintiff;

WHEREAS, on November 29, 2006, the United States Court of Appeals for the Third Circuit issued an opinion affirming the judgment of this Court insofar as it granted the defendants' motion to dismiss the plaintiff's Eighth Amendment claims; and

WHEREAS, the Third Circuit's opinion vacated the court's Order, to the extent that it dismissed the plaintiff's retaliation claim against Stanley, and remanded this case for further

proceedings (D.I. 46);

    IT IS HEREBY ORDERED that:

    1. The defendant, Stanley be given thirty (30) days from the date of this Order to answer the complaint.

Dated: December 4, 2006



UNITED STATES DISTRICT JUDGE

FILED
DEC - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE