To: United States District Court
    Peter T. Dalleo, Clerk
    844 N. King St. (Lockbox 18)
    Wilmington, De. 19801-3570

Re: Robinson vs. Stanley, Case # 04-1202-GMS

Mr. Dalleo,

FILED
DEC 11 2006
PD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

This letter is in response to the order to answer and updated docket sheet I received from your office, in regards to the above captioned case. (D.I. 48, 49 & 50). I've got a question and a comment about this case after reviewing the docket sheet.

1. On Nov. 30th 2006, you docketed a letter from me inquiring as to the courts current status after the third circuits ruling. (D.I. #47). The same time I sent that letter to your copy, I sent a motion for appointment of counsel, but after reviewing the docket you sent me, I can't find that motion docketed no where. Where is the motion and why isn't it docketed as of Dec. 6th 2006.

(1)

2. In the Order to Answer (D.I. 49) the Judge gave the State 30 days to Answer the Complaint. Will I be given the chance to respond to their Answer. If not, please consider this a Request to Answer.

Lastly, please consider this last paragraph a "Letter Motion" requesting a Stay of all Proceedings, until the Motion for my Appointment of Counsel is Ruled On. In Support of this Request, I state the Following:

1. The Motion for Appointment of Counsel, Raises Psychiatric and Psychological Issues with the Plaintiff's Current Mental State, which is Supported by Psychiatric Evaluations. The Plaintiff has Enclosed with-in the Motion by Two Different Board Certified Psychologists, and the Appointment of Counsel would Serve "The Best Interest of Justice" In this Case.

2. The Motion for Appointment of Counsel Raises Several Other Legal Issues which when Considered In Light of a Pro-Se Plaintiff with Severe Mental Issues, Would Also Require The Appointment of Such Counsel, Which Would Serve "The Best Interest of Justice" In this Case.

Thank you for your time and attention in these matters and I hope to hear from you soon.

Note: This letter was done by an inmate paralegal pursuant to Johnson vs. Avery ___ U.S. ___, because of the plaintiff's mental state. The plaintiff has fully read this letter and signed it by his own hand.

December 7th 2006                    x C.D.W.VO
DATED                                Charles W. Robynalski
                                     SBI # 00342781
                                     De. Corr. Ctr.
                                     1181 Paddock Road
cc: File                             Smyrna, Delaware. 19977

```
I/M Charles M. Robinson
SBI# 00242781   UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

U.S.M. X-RAY

UNITED STATES POSTAGE
$ 00.39⁰
DEC 09 2006
MAILED FROM ZIP CODE 19977
02 1A
0004608975

```
United States District Court
C/o Peter T. Dalleo, Clerk
844 N. King St. (Locbox 18)
Wilmington, DE. 19801
```

LEGAL MAIL