To: United States District Court
    Clerk Peter T. Dalleo
    844 N. King St. Lockbox 18
    Wilmington. Delaware. 19801


Re: Charles M. Robinson  VS. Thurman Stanley
    Civil Action No: 04-CV-01202-GMS


Mr. Dalleo,

        Please Consider The Following As A
Complaint Against Your Office.

```
┌──────────────────────────────┐
│            FILED             │
│                              │
│          JAN - 8 2007        │
│                              │
│       U.S. DISTRICT COURT    │
│      DISTRICT OF DELAWARE    │
└──────────────────────────────┘
```
                                        BD scanned

Background:

        On December 6th 2006, Your Office Sent
Me A Copy Of An Updated Docket Sheet And An
"Order To Answer" Signed By Judge Gregory M.
Sleet On December 4th 2006. See: Docket Entry # 49.


Complaint:

        1. Upon Reviewing The Docket Sheet, I
Noticed That My Motion For Appointment Of Counsel
Was Not Docketed. The Motion For Appointment Of
Counsel Was Sent With A Letter, Which Was

Docketed On November 30th 2006.
See: Docket Entry #47.

2. Upon Seeing This, I Sent Your Office
A Letter Asking Why My Motion For Appointment Of
Counsel Was Not Docketed, Along With The Letter
It Was With, And Requested Confirmation From
Your Office As To Such, So If Needed I Could
Re-Draft The Motion And File It Once Again
With Your Court. As Of The Date Of This Letter I
Have Not Heard From Your Office.

## Complaint #2:

3. Upon Recieving The "Order To Answer",
I Sent Your Office A Letter Asking Whether I Can
Answer The Defendant's Answer And If So, How Long
I Had To Respond.

4. As Of Today I've Recieved The
Defendant's Answer, And Have No Idea If I Can
Respond To It Or How Long I Have To Do So,
Because Your Office Never Responded To My
Question.

<u>ARGUMENT TO COMPLAINT:</u>

5. THE MOTION FOR APPOINTMENT OF COUNSEL ALLEGED, VERY SERIOUS, ISSUES WHICH NEEDED TO BE CONSIDERED BY THE COURT BEFORE THE DEFENDANTS ANSWER WAS FILED OR ATLEAST DOCKETED BEFORE.

6. SOMEONE FROM YOUR OFFICE IS WITH-HOLDING MY LEGAL MOTION. YOUR OWN DOCKET CLEARLY SHOWS SUCH BY THE LETTER THAT WAS WITH THE MOTION IS DOCKETED BUT NOT THE MOTION. (D.I # 47).

<u>ARGUMENT TO COMPLAINT #2</u>

7. THE QUESTION I SENT YOUR OFFICE, AS A PRO-SE PLAINTIFF, WAS NOT REQUESTING "LEGAL ADVISE". IT WAS A QUESTION AS TO WHAT YOUR "COURT RULES" ALLOWED HIM TO DO.

8. AND AS A CLERK OF THE COURT, YOU ARE ALLOWED / REQUIRED TO RESPOND TO QUESTIONS ABOUT YOUR COURT RULES, ESPECIALLY WHEN IT IS A PRO-SE PLAINTIFF.

Thank You For Your Time And Attention In This Matter And I Look Forward To Hearing From You.

Question: Who Was Working In Your Office With The Initials (mmm).

Jan 5th 2007

Charles M. Robinson

SBI # 00342781

De. Corr. Ctr

1181 Paddock Rd.

