

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE**
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

January 9, 2007

Charles M. Robinson
SBI # 00342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

      RE:    Robinson v. Stanley
                 Civil Action No. 04-1202 GMS

Dear Mr. Robinson:

      The court has received your letters dated December 11, 2006 (D.I. 51), and January 8, 2007 (D.I. 52) regarding a Motion for Appointment of Counsel purportedly filed with the court in addition to a letter dated November 30, 2006 (D.I. 47 - copy enclosed). Please be advised that there was no Motion for Appointment of Counsel attached to, or enclosed with, your letter dated November 30, 2006. If you wish to file a Motion for Appointment of Counsel you may do so at any time.

      Additionally, if you wish to file any papers responsive to the defendant's answer to the complaint you may do so at any time.

      An updated docket sheet is enclosed for your convenience.

                 Sincerely,
                 PETER T. DALLEO, CLERK

                 Deputy Clerk

Enclosure