IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1202-GMS |
| | ) | |
| C/O THURMAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW the Defendant Thurman Stanley ("Defendant"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendant's counsel the right to depose Plaintiff Charles M. Robinson ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the Defendant wishes to depose Plaintiff as part of discovery in this case.

3. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

4. A form of order is attached to this motion that grants Defendant's counsel the right to depose Plaintiff.

WHEREFORE, Defendant's counsel respectfully requests that this Honorable Court grant their Motion for Leave to Depose Plaintiff Charles M. Robinson.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No. 3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
Attorney for Defendant

Dated: January 12, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1202-GMS |
| | ) |
| | ) |
| C/O THURMAN STANLEY, | ) |
| | ) |
| Defendant. | ) |

1. **7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Charles M. Robinson is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendant's Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No. 3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
Attorney for Defendant

Dated: January 12, 2007

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1202-GMS |
| | ) |
| C/O THURMAN STANLEY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This _____ day of _____, 2007,

**WHEREAS,** Defendant having requested leave to depose Plaintiff Charles M. Robinson pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendant's Motion for Leave to Depose Plaintiff shall be granted and Defendant shall have the right to depose Plaintiff Charles M. Robinson.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, the undersigned caused the attached *Defendant's Motion For Leave to Depose Plaintiff* to be filed with the Clerk of Court using CM/ECF and delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Charles M. Robinson, Inmate
SBI #342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No: 3879
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us