United States District Court
District Of Delaware

Charles M. Robinson

vs.                                              C.A. No. 04-1202-GMS

Thurman Stanley



FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion For Discovery Conference

Comes Now, The Plaintiff, Charles M. Robinson Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court, Pursuant To Fed.R.Civ.Proc. 26(f), To Consider His Motion For A Pre-Trial Discovery Conference And Respectfully Asserts The Following As Grounds In Support Thereof:

1. The Plaintiff and Defendants must, as soon as practicable and in any event at least 21 days before a scheduling conference is held or a scheduling order is due under Rule 16(b), confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), to discuss any issues relating to preserving discoverable information and to develop a proposed discovery plan that indicates the parties' views and proposals concerning the following:

   A. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;

   B. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

   C. Any issues relating to disclosures or discovery of electronically stored information, including the form or forms in which it should be produced;

D. Any issues relating to claims of privilege or of protection as trial preparation material, including if the parties agree on a procedure to assert such claims after production, whether to ask the Court to include their agreement in an order;

E. What changes should be made in the limitations on discovery imposed under these rules or by local rules and what other limitations should be imposed;

F. Any other orders that should be entered by the Court under Rule 26(c) or under Rule 16(b) and (c).

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS AN ORDER STATING THE FOLLOWING:

1. PLAINTIFF AND DEFENDANTS COUNSEL MUST MEET IN ORDER TO DECIDE THE ENCLOSED ISSUES.

2. PROVIDE A DATE WHICH SUCH CONFERENCE SHOULD BE HELD BY.


JAN 9TH 2007
DATED

C.D.W.K.D.
CHARLES M. ROBINSON
SBI #00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

## Certificate of Service

I, __CHARLES M. ROBINSON__, hereby certify that I have served a true and correct cop(ies) of the attached: __MOTION FOR DISCOVERY CONFERENCE__ _____ upon the following parties/person (s):

TO: __DEPARTMENT OF JUSTICE__   TO: _____

__OPHELIA M. WATERS, I.D. #3879__ _____

__820 N. FRENCH ST., 6TH FLOOR__ _____

__WILMINGTON, DELAWARE, 19801__ _____

TO: _____   TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __9th__ day of __January__, ~~2006~~ 2007

__C.O.M. V.D.__