United States District Court
District Of Delaware


Charles M. Robinson


Vs.                           C. A. No. 04-1202-GMS


Thurman Stanley



FILED

JAN 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion To Amend Complaint BD scanned


Comes Now, The Plaintiff, Charles M. Robinson Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court, Pursuant To Fed. R. Civ. Proc. 15, To Consider His Motion To Amend Complaint And Respectfully Asserts The Following As Grounds In Support Thereof:

1. On August 29th 2004, The Plaintiff Filed A Civil Action In Your Honorable Court Against Nine Employees Of The Department Of Corrections, Alleging Violations Of The Plaintiffs' First, Eighth And Fourteenth Amendment Rights Under The United States Constitution. See: Docket Entry # 2.

2. The Plaintiff Requested Monetary Damages And Injunctive Relief Based Solely On The First Eighth And Fourteenth Amendment Violations In The Plaintiffs Complaint.

3. The Defendants Responded To The Plaintiffs Complaint, With A Motion To Dismiss (D.I. 18 & 19) Which The Plaintiff Responded To (D.I. # 24) And The Defendants Filed A Reply On (D.I. # 22)

4. On September 26th 2005, The Court Ordered That The Defendants Motion To Dismiss Be Granted In Its Entirety. (D.I. # 41). The Plaintiff Timely Appealed The Courts Denial. (D.I. # 42).

5. On November 29th 2006, The United States Court Of Appeals Affirmed The District Courts Dismissal Of The Plaintiffs Eighth Amendment Claims But Reversed The District Court Decision On The Plaintiffs' First And Fourteenth Amendment Claims Of Retaliation. (D.I. # 46).

6. The Plaintiffs Relief In His Complaint Is Still Based On The Previous Constitutional Violations And Must Be Corrected To Comply With Well Settled Federal Law. Such Requirements Must Be Allowed By The Court To Allow The Plaintiff To Bring His Complaint With-In Legal Guidelines. See: Boyd Vs. Department Of Corrections, 32 Fed. Appx. 16 (3d Cir 2002).

7. Also, An "Answer To Complaint" Was Filed With The Plaintiff On January 5th 2007, As Ordered By The District Court. (D.I. #49). In The Defendants "Answer To Complaint" The Defendants Raise New "Affirmative Defenses" As To The Plaintiffs' Old Complaint. Such As: Failure To Exhaust His Ad-Ministrative Remedies, Eleventh Amendment Immunities Not Meeting Requirements Under Retaliation. The Plaintiff Argues He Has A Constitutional Right To Amend His Complaint To Comply Or Correct Such Theories. See: Boyd Vs. Department Of Corrections, 32 Fed. Appx. 16 (3d Cir 2002).

8. The Plaintiff Is In Need Of Injunctive Relief, But Defendant Thurman Stanley Is Only A Correctional Officer And Doesn't Have The Authority To Authorize Any Injunctive Relief, So Another Def-endant With Such Authority, Must Be Added For Injunctive Relief Solely.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS AN ORDER STAYING THE FOLLOWING:

1. ALLOW THE PLAINTIFF TO SUBMIT AN UPDATED COMPLAINT, FIXING THE RELIEF SECTION IN HIS COMPLAINT AND COMPLY WITH FEDERAL LAW AND COURT RULES.

2. ALLOW THE PLAINTIFF TO SUBMIT AN UPDATED COMPLAINT, ADDING A NEW DEFENDANT FOR INJUNCTIVE RELIEF ONLY.

3. ALLOW THE PLAINTIFF TO SUBMIT AN UPDATED COMPLAINT ELABERATING ON THE RETALIATION CLAIMS IN HIS COMPLAINT IN ORDER TO COMPLY WITH THE PRONGS IN RAUSER V. HORN. 241 F.3d 330, 333, FOR RETALIATION.

4. PROVIDE THE PLAINTIFF WITH A TIME LIMIT TO HAVE AMENDED COMPLAINT TO THE COURT AND DEFENDANTS

JAN. 9TH 2007

CHARLES M. ROBINSON
SBY # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

# Certificate of Service

I, _Charles M. Robinson_ , hereby certify that I have served a true and correct cop(ies) of the attached: _Motion To Amend Complaint_

_____ upon the following

parties/person (s):


TO: _Department Of Justice_      TO: _____

_Ophelia M. Waters . I.D. #3879_    _____

_820 N. French St. , Coth Floor_    _____

_Wilmington . Delaware . 19861_    _____

_____    _____


TO: _____    TO: _____

_____    _____

_____    _____

_____    _____

_____    _____


BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _9th_ day of _January_ , _2007_

_C.O.O.M. V.O._