United States District Court
District Of Delaware


Charles M. Robinson

vs.                                C.A. No. 04-1202-GMS

Thurman Stanley



BD scanned

Motion For An Extension Of Time To Respond
To Defendants Answer To Complaint


Comes Now, The Plaintiff, Charles M. Robinson Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court To Consider His Motion For An Extension Of Time To Respond To Defendants Answer To Complaint And Respectfully Asserts The Following As Grounds In Support Thereof:

BACKROUND:

1. On August 27th 2004, the Plaintiff filed a Civil Action In Your Honorable Court, Alleging Violations Of His First, Eighth And Fourteenth Amendment Rights Of The United States Constitution, Against Several Officials Of The Department Of Corrections. (D.I. #2).

2. On February 28th 2005, The Defendants Filed A Motion To Dismiss The Plaintiffs Complaint (D.I. #18; 19) Which The Plaintiff Responded To On April 4th 2005 (D.I. #21) And The Defendants Filed A Reply Brief On April 19th 2005 (D.I. #22), Which The Plaintiff Responded To On May 2nd 2005. (D.I. #24).

3. On September 26th 2005, The Honorable Court Issued An Order Dismissing The Plaintiffs Complaint With Prejudice. (D.I. #41). And The Plaintiff Timely Appealed The District Courts Ruling. (D.I. #42).

4. On November 29th 2006, The United States Court Of Appeals Affirmed The District Courts Decision To Dismiss The Plaintiffs' Eighth Amendment Claime But Reversed The District Courts Decision To Dismiss The Plaintiffs' First And Fourteenth Amendment Claims Of Retaliation. (D.I. #46).

5. On December 6th 2006, the Honorable Court Ordered that Defendant Thurman Stanley Respond to the Plaintiffs Complaint With-In 30 Days. (D.I. #49).

6. On January 5th 2007, the Plaintiff Recieved A Copy Of Defendant Thurman Stanley's "Answer To Complaint". In The Defendants Answer, He Denies Every Part Of The Plaintiffs Complaint, And Offers No Evidence To Support His Position. But Alleges Several Allegations As To The Plaintiffs, Not Exhausting His Administrative Remedies, Being Barred Under The Eleventh Amendment, And Not Being Able To Prove His Retaliation Claim. See Exhibit A

7. The Plaintiff Argues That He Can Provide The Court With Witnesses, Investigation Reports, An Un-Determined Amount Of Grievances, And Well Settled Law To Support His Allegations Against Defendant Thurman Stanley, And Needs To Conduct Discovery Before Responding To The Defendants "Affirmative Defense" Allegations.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THIS HONORABLE COURT GRANT THE FOLLOWING RELIEF:

1. GRANT THE PLAINTIFFS MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS ANSWER TO COMPLAINT, IN ORDER TO CONDUCT DISCOVERY.

JAN. 9TH 2007
DATED

C.O.O. M. R.
CHARLES M. ROBINSON
SBI # 00342721
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

# Certificate of Service

I, <u>Charles M. Robinson</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Motion For An Extension Of Time To Respond To Defendants Answer To Complaint.</u> upon the following parties/person (s):

TO: <u>Department Of Justice</u>    TO: _____

<u>Ophelia M. Waters, I.D. #3879</u>    _____

<u>820 N. French St. 6th Floor</u>    _____

<u>Wilmington, DE. 19801</u>    _____

_____    _____

TO: _____    TO: _____

_____    _____

_____    _____

_____    _____

_____    _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>9th</u> day of <u>January</u>, 2007

<u>C. D. W. R.</u>

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1202-GMS |
| ) | |
| C/O THURMAN STANLEY, ) | |
| ) | |
| Defendant. ) | |

## ANSWER TO COMPLAINT

Defendant Thurman Stanley, by and through undersigned counsel, hereby answers the complaint as follows:

**I.  PREVIOUS LAWSUITS**

Defendant Thurman Stanley lacks knowledge or information sufficient to form a belief as to the allegations contained in this paragraph, and therefore deny same.

**II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A.  There is a prisoner grievance procedure available at the Delaware Correctional Center at all times relevant to the complaint.

B.  Plaintiff did not fully exhaust the available administrative remedies regarding the claim raised in the complaint.

C.  Defendant Thurman Stanley lacks knowledge or information sufficient to form a belief as to the allegation that Plaintiff filed several grievances on this officer with no response from the grievance department and therefore deny same.

**III.  PARTIES**

A. Plaintiff Charles Robinson is a prisoner in the custody of the Delaware Department of Correction and currently housed in the Delaware Correctional Center, Smyrna, Delaware.

B. Defendant Thurman Stanley is currently a correctional officer at the Delaware Correctional Center, Smyrna, DE.

**IV. STATEMENT OF CLAIM**

1. "Since the beginning of July, 2004, a C/O: Thurman Stanley has been making very racial comments towards me reguarding (sic) my religion, and also been making sexual advances towards me, and also making sexual comments to me."

**ANSWER:** Thurman Stanley denies that he made either racial, religious or sexual comments and/or advances to plaintiff.

2. "I have reported these actions through the grievance procedure on many different occaisions (sic), and also reported it to his supervisors, with no action by either procedure."

**ANSWER:** Denied.

3. "Since me writing him up and him becoming aware of it, he has become threatening, physically abusive, mentally abusive, harassing, and down right vindictive towards me in any way he can."

**ANSWER:** Denied.

4. "I have many witnesses to these actions, which want to remain nameless until the proper time because of fear of retaliation from defendants. . ."

**ANSWER:** It is specifically denied that Thurman Stanley took actions that constituted

threats, harassment, or abuse, either physically or mentally, against plaintiff for any reason. By way of further answer, Thurman Stanley is without knowledge or information sufficient to form a belief as to the remaining allegation, therefore he denies same.

5.  As to any claim that Thurman Stanley took adverse action against plaintiff in retaliation for his exercising his right to file grievances, Stanley denies the allegations.

**V.  RELIEF REQUESTED**

6.  Thurman Stanley denies that plaintiff is entitled to the relief that he seeks in his complaint.

**AFFIRMATIVE DEFENSES**

7.  Plaintiff failed to exhaust his administrative remedies.

8.  Plaintiff's suit for monetary damages against Thurman Stanley as set forth in paragraph V is barred by the Eleventh Amendment to the United States Constitution.

9.  Plaintiff failed to show that Thurman Stanley is liable for alleged constitutional deprivations in the absence of Thurman Stanley's personal involvement in conduct sufficient to constitute an adverse action in retaliation for plaintiff's grievances.

10.  Thurman Stanley can prove that a suit imposing § 1983 liability against him on the basis of retaliatory conduct must fail, because Thurman's action, if any, was taken for legitimate penological interests.

11.  To the extent of actual involvement by Thurman Stanley, he acted in good faith, as a state officer, or as an individual in all actions which relate to the plaintiff, and therefore, is immune from all claims alleged in plaintiff's complaint.

**WHEREFORE**, Defendant Thurman Stanley, demands that judgment be entered in his favor and against the plaintiff, and that he be awarded attorney's fees and costs.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I. D. #3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Counsel for Thurman Stanley

Dated: January 4, 2007

I/M Charles M. Robinson
SBI# 00342731 UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, De. 19801

Legal Mail