IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1202-GMS |
| | ) | |
| C/O THURMAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This __17th__ day of __Jan.__, 2007,

**WHEREAS,** Defendant having requested leave to depose Plaintiff Charles M. Robinson pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendant's Motion for Leave to Depose Plaintiff shall be granted and Defendant shall have the right to depose Plaintiff Charles M. Robinson.

_____
United States District Judge

FILED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE