**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLES M. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1202-GMS |
| | ) | |
| C/O THURMAN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on Thursday, February 15, 2007 Defendant's

counsel will take the oral deposition of Charles M. Robinson at the Delaware

Correctional Center, 1181 Paddock Road, Smyrna, DE  19947 at 9:30 am before a notary

public or person authorized to administer oaths.  The deposition will be recorded by

stenographic means.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


___/s/ Ophelia M. Waters____
Ophelia M. Waters, (I.D. # 3879)
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, DE  19801
(302) 577-8400
ophelia.waters@state.de.us

January 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, I electronically filed *Notice of*

*Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on January 19,

2007, I have mailed by United States Postal Service, the document to the following non-

registered party:  Charles M. Robinson, SBI No.:  342781, Delaware Correctional Center,

1181 Paddock Road, Smyrna, DE  19977.


/s/ Ophelia M. Waters_____
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us