United States District Court
District Of Delaware

Charles M. Robinson

Vs.                                C.A. No. 04-1202-GMS

C/O Thurman Stanley

FILED
JAN 1 8 2006

Plaintiff's Response To Defendant's Motion
For Leave To Depose The Plaintiff

Comes Now, The Plaintiff, Charles M. Robinson, Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court To Consider His Response To Defendant's Motion For Leave To Depose The Plaintiff And Asserts The Following As Grounds In Support Thereof:

1. The Plaintiff has recently filed a motion for appointment of counsel in this and argues that because of the contents of the motion for appointment of counsel, it would serve the best interest of justice in this case to decide the motion before starting discovery or depositions.

2. The Plaintiff has a review of sentence hearing scheduled in Sussex County Superior Court on January 19th 2007, and after speaking with his counsel has come to find out that he will be ordered to be released on level 4 home confinement on this date. Which would make the defendants current motion moot.

3. The Plaintiff opposes counsel to hold any depositions on him without his own counsel being appointed because the Plaintiffs mental state can cause the Plaintiff to not understand the proceedings.①

---

① The Plaintiff has filed a motion for appointment of counsel where he raises psychiatric issues and provides documentation to prove such, in the motion.

WHEREFORE, THE PLAINTIFF REQUESTS THE FOLLOWING RELIEF BE GRANTED:-

1. FOR THE COURT TO REVIEW AND RULE ON THE PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL BEFORE ALLOWING DEFENDANTS TO HOLD DEPOSITIONS ON PLAINTIFF.

2. ORDER THAT PLAINTIFF AND DEFENDANTS MUST MEET IN ORDER TO COMPLY WITH THE PLAINTIFFS MOTION FOR DISCOVERY CONFERENCE ALREADY FILED BEFORE DEPOSITIONS ARE TAKEN.

Jan. 14th 2007
DATED

C. D. M. R.
CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DE. 19977

# Certificate of Service

I, <u>Charles M. Robinson</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Motion: Plaintiff's Response To Defendants Motion For Leave To Depose The Plaintiff</u> upon the following parties/person (s):

TO: <u>Department Of Justice</u>    TO: _____
    <u>Ophelia M. Waters</u>         _____
    <u>820 N. French St.</u>         _____
    <u>8th Floor</u>                 _____
    <u>Wilmington, DE. 19801</u>     _____

TO: _____    TO: _____
    _____        _____
    _____        _____
    _____        _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>14th</u> day of <u>January</u>, 2007

<u>Chas. M. R.</u>

I/M CHARLES M. ROBINSON
SBI# 00342781 UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$00.63⁰
02 1A
0004608975   JAN 16 2007
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING ST. (LOCKBOX #18)
WILMINGTON, DE. 19801

LEGAL MAIL