United States District Court
District Of Delaware

Charles M. Robinson

vs.                          C. A. No. 04-1202-GMS

CO Thurman Stanley

FILED
JAN 18 2006

Motion To Stay Discovery & Deposition Proceedings

Comes Now, The Plaintiff, Charles M. Robinson, Hereby Proceeding, Pro-Se, Respectfully Moves This Honorable Court To Enter An Order Staying All Discovery & Deposition Proceedings And Respectfully Asserts The Following As Grounds In Support Thereof:

1. The Plaintiff has recently filed a motion for appointment of counsel in this case and argues that the grounds in the Plaintiffs motion will, along with the enclosed exhibits in the motion, require counsel to be appointed. Such determination regarding the Plaintiffs motion for appointment of counsel should be made by the Court before discovery or depositions take place.

2. If the Plaintiff starts discovery and depositions now, without the Court first ruling on the Plaintiffs motion for appointment of counsel, it would cause an undue burden on the Plaintiff, if the Court should decide to appoint counsel in this case. It would also cause an un-due burden on the Defendants to have to conduct discovery with two different people.

3. Because of the grounds raised in the Plaintiffs motion for appointment of counsel and the seriousness of them, it would serve the best interest of justice in this case to wait until the Plaintiffs motion is ruled on before starting discovery or depositions in this case.

WHEREFORE, The Plaintiffs Respectfully Requests An Order Granting The Following Relief:

1. Grant The Plaintiffs Motion To Stay Discovery And Depositions Proceedings, Until The Court Has Ruled On Plaintiffs' Motion For Appointment Of Counsel.

2. Modify The Courts Jan 10th 2007 Scheduling Order (D.I. 54) To Comply With Such Stay.

Jan. 14. 2007
DATED

Charles M. Robinson
SBI # 00342781
DE. Corr. Ctr.
1181 Paddock Road
Smyrna, Delaware. 19977

Note: As Stated In The Plaintiffs Motion For Appointment Of Counsel, All Motions Are Being Done By An Inmate Paralegal Because Of The Plaintiffs Mental State.

# Certificate of Service

I, __Charles M. Robinson__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion to Stay Discovery &__ __Deposition Proceedings__ upon the following parties/person (s):

TO: __Department of Justice__         TO: _____
    __Ophelia M. Waters__                 _____
    __820 N. French St.__                 _____
    __8th Floor__                         _____
    __Wilmington, DE. 19801__             _____


TO: _____         TO: _____
    _____             _____
    _____             _____
    _____             _____
    _____             _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __14 th__ day of __January__, 2007

__Chl. M. R...__