United States District Court
District Of Delaware


Charles M. Robinson

Vs.                                    Civil Action No. 04-1202-GMS

C/O Thurman Stanley



FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs' First Set Of Document Requests

Comes Now, The Plaintiff, Charles M. Robinson, Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court Pursuant To Federal Rules Of Civil Procedure 34, To Produce The Following Documents With-In (30) Days Of Reciept Of Such Motion.

1. Any And All Grievances Filed By The Plaintiff Since November 2003 Until The Date Of This Motion, Including But Not Limited Too, All Level 1, Level 2 And Level 3 Decisions For Each Grievance.

2. Any And All Disciplinary Reports Filed Against The Plaintiff From November 2003 Until The Date Of This Motion, Including But Not Limited Too, All Disciplinary, Appeal And Final Appeal Decisions On Each Disciplinary Report.

3. The 4.2. Institutional Disciplinary Procedures.

4. The 4.4. Inmate Grievance Procedure Signed By Warden Snyder In 1997.

5. The 4.4. Inmate Grievance Procedure Signed By Bureau Chief Paul Howard In 1998.

6. Any And All Grievances Filed Against Defendant Thurman Stanley From January 2004 Until January 2005, By Any Inmate, Including But Not Limited Too, All Level 1, Level 2 And Level 3 Decisions.

7. Any And All Investigation Reports Done By The Department Of Corrections And/Or Delaware Correctional Center, In Regards To Any Actions Done By Defendant Thurman Stanley, To Any Inmates And/Or Department Of Corrections Employees'.

8. Any And All Standard Operating Procedures Concerning Disciplinary Proceedings.

9. Any And All Standard Operating Procedures Concerning The Inmate Grievance System.

10. Any And All Letters Written To The Department Of Corrections And/Or Delaware Correctional Center In Regards To Actions Of Defendant Thurman Stanley, From January 2004 Until January 2005. By The Plaintiff Or Any Other Inmates.

11. Any And All Documents The Defendant Thurman Stanley Plans To Rely On Or Use As Evidence At Trial In Support Of His Position.

12. A Complete Copy Of The Plaintiffs Medical And Mental Health Record

13. A Complete Copy Of The Plaintiffes Institutional Record.

14. A Complete Copy Of Any And All Documents Filed In This Civil Action In The United States District Court By Both Parties, Including But Not Limited Too, An Updated Docket Sheet And Copy Of Original Complaint.

15. A Complete Copy Of Any And All Civil Complaints Filed In Any Delaware Court Naming Defendant Thurman Stanley As A Party.

WHEREFORE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES 34(b), THE PLAINTIFF REQUESTS THE DOCUMENTS REQUESTED BE PRODUCED WITH-IN 30 DAYS AFTER SERVICE.

JANUARY 24th 2007
DATED

Chsl M. V.O.
CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE, 19977

CC: FILE

## Certificate of Service

I, Charles M. Robinson, hereby certify that I have served a true and correct cop(ies) of the attached: Plaintiff's First Set Of Document Requests upon the following parties/person (s):

TO: Department Of Corrections
Ophelia M. Waters Esq.
820 N. French St.
Wilmington, DE. 19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 24 day of January, 2007

C.D.O. M. R.O.

I/M Charles M. Robinson
SBI# 00342781 UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

United States District Court
c/o Office Of The Clerk
844 N. King St. (Lockbox 18)
Wilmington, De. 19801

LEGAL MAIL