United States District Court
District Of Delaware


Charles M. Robinson

Vs.                                    Civil Action No. 04-1202-GMS

CO Thurman Stanley



Motion To Conduct Depositions


Comes Now, The Plaintiff, Charles M. Robinson, Hereby Proceeding Pro Se, Respectfully Moves This Honorable Court Pursuant To Federal Rules Of Civil Procedure 30, To Conduct Depositions On The Following Department Of Corrections Employees:

1. Warden Thomas Carroll, Sr. Lt. R. Taylor and Correctional Officer Thurman Stanley are all employees of the Department of Corrections (D.O.C.) currently assigned to the Delaware Correctional Center (D.C.C.) Smyrna, Delaware.

2. Plaintiff wishes to depose the above Department of Correction employees for the purpose of obtaining discovery in the above-referenced civil matter.

3. Federal Rules of Civil Procedure 30(a)(1), states Plaintiff can file depositions on "Any Person", without leave of the Court. Plaintiff also states such depositions are needed to obtain needed facts to support the Plaintiffs allegations and are not requested to harass anyone or for no reasons.

4. Because all Department of Correction employees are represented by the Department of Justice, dealing with actions in the civil arena, such request must be made by motion

WHEREFORE, FOR THE HEREINABOVE REASONS, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT PLAINTIFFS MOTION TO CONDUCT DEPOSITIONS, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(a)(1).

_JANUARY 24th 2007_
DATED

_Charles M. R[obinson]_
CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE, 19977

CC: FILE

# Certificate of Service

I, __Charles M. Robinson__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion T. Compect Depositions__ _____ upon the following parties/person (s):

TO: __Department Of Justice__            TO: _____
    __Ophelia M. Waters Esq__               _____
    __820 N. French St.__                   _____
    __Wilmington, DE 19801__                _____
    _____                    _____

TO: _____                 TO: _____
    _____                    _____
    _____                    _____
    _____                    _____
    _____                    _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __24__ day of __January__, 2007

__C.M.R.__