United States District Court
District Of Delaware


Charles M. Robinson

Vs.                                    Civil Action No. 04-1202-GMS

CO Thurman Stanley



FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs' Motion For Leave To Depose Incarcerated Witnesses

   Comes Now, The Plaintiff, Charles M. Robinson Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court To Enter An Order Granting Plaintiffs Motion To Depose Inmate Michael Martin (Witness) An Incarcerated Individual:

1. Inmate Mychael Morton (Witness) Is An Inmate Incarcerated And Under Supervision Of The Delaware Department Of Corrections (D.O.C.) At The Delaware Correctional Center (D.C.C.) Smyrna Delaware.

2. Plaintiff Wishes To Depose The Witness For The Purpose Of Obtaining Discovery In The Above Referenced Civil Matter.

3. Federal Rules Of Civil Procedure 30(a)(2) Requires Leave Of The Court In Order To Depose An Incarcerated Party.

4. Inmate Mychael Morton (Witness) Has Agreed To The Plaintiffs Requests To Depose Him.

WHEREFORE, FOR THE HEREINABOVE REASONS, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT PLAINTIFF LEAVE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(a)(2), TO DEPOSE THE WITNESS.

JANUARY 24TH 2007
DATED

CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CTR
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

CC: FILE

# Certificate of Service

I, <u>Charles M. Robinson</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>Plaintiffs Motion For Leave To Nedge Incarcerated Witnesses</u> upon the following parties/person (s):

TO: <u>Department Of Justice</u>       TO: _____
<u>Ophelia M. Waters Esq</u>             _____
<u>820 N. French St.</u>                 _____
<u>Wilmington, DE. 19801</u>             _____
_____                   _____

TO: _____              TO: _____
_____                   _____
_____                   _____
_____                   _____
_____                   _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>24</u> day of <u>January</u>, 2007

<u>C. M. R.</u>