United States District Court
District Of Delaware

Charles M. Robinson

Vs.                               Civil Action No. 04-1202-GMS

C.O Thurman Stanley


FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs' Motion For Leave To Depose Incarcerated Witnesses

Comes Now, The Plaintiff, Charles M. Robinson Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court To Enter An Order Granting Plaintiffs Motion To Depose Inmate Frank Ford (Witness) An Incarcerated Individual:

1. Inmate Frank Ford (Witness) is an inmate incarcerated and under supervision of the Delaware Department of Correction (D.O.C.) at the Delaware Correctional Center (D.C.C.) Smyrna, Delaware.

2. Plaintiff wishes to depose the witness for the purpose of obtaining discovery in the above referenced civil matter.

3. Federal Rules of Civil Procedure 30(a)(2) requires leave of the court in order to depose an incarcerated party.

4. Inmate Frank Ford (Witness) has agreed to the Plaintiff's request to depose him.

WHEREFORE, FOR THE HEREINABOVE REASONS, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT PLAINTIFF LEAVE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(a)(2), TO DEPOSE THE WITNESS.

JANUARY 24TH 2007
DATED

CHARLES M. ROBINSON
CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

cc: file

# Certificate of Service

I, Charles M. Robinson, hereby certify that I have served a true and correct cop(ies) of the attached: Plaintiffs Motion For Leave To Depose Incarcerated Witnesses upon the following parties/person (s):

TO: Department Of Justice
Ophelia M. Waters Esq
820 N. French St.
Wilmington, DE. 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 24 day of January, 2007

C.D. Robinson