**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**  [New Castle County-Civil Division]

January 31, 2007

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street
Wilmington, DE 19801

                                     **Re: Charles M. Robinson v. Thurman Stanley**
                                        **C.A. No. 04-1202-GMS**

Dear Judge Sleet:

      I am in receipt of Docket Items filed by Charles Robinson requesting to depose several incarcerated individuals and prison officials. (D.I.I. 66, 67, 68). Defendant Stanley does not offer opposition to Charles Robinson for the purpose of taking prison officials' depositions upon a reasonable and appropriate number of written questions. However, Defendant Stanley does have certain concerns regarding Mr. Robinson's requests.

      Specifically, to the extent consistent with the principles stated in Federal Rule of Civil Procedure Rules 26(b) (2) and 31(a) (2), Charles Robinson must serve the written requests upon undersigned counsel with a notice stating the name and address of the answering individual for whom the deposition is to be taken. Thereafter, timely written and sworn answers will be provided to Charles Robinson.

      As to the extent that Charles Robinson requires deposition testimony from inmates Frank Ford and Michael Morton, the only relevant information concerning Robinson that could be offered by such prisoners would be based upon information and personal knowledge obtained first-hand. However, to maintain institutional safety and security, inmates are not permitted unfettered access to persons or places in the institution. Moreover, it is a violation of institutional policy for inmates to write, send or receive correspondence to or from other inmates. Considering institutional policy and procedure, written deposition questions to inmates Ford and Morton by Robinson may be facilitated through undersigned counsel, in like manner as the suggested procedure for the prison officials.

Should Your Honor require additional information, I am available at the convenience of the court.

Respectfully submitted,

/s/ Ophelia M. Waters

Ophelia M. Waters
Deputy Attorney General

cc: Clerk of Court
 Charles Robinson, Inmate

OMW/