United States District Court
District Of Delaware

Charles M. Robinson

vs.

C/O Thurman Stanley

Civil Action No. 04-1202-GMS



FILED
JAN 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion For Temporary Restraining Order

Comes Now, The Plaintiff, Charles M. Robinson, Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court To Consider His Motion For Pre-Trial Temporary Restraining Order And Respectfully Asserts The Following As Grounds In Support Thereof:

1. On August 29th 2004, the Plaintiff filed a §1983 Civil Rights Action Against Nine (9) Department of Correction Employees' In Your Honorable Court, Alleging Violations Of His First And Eighth Amendment Rights Of The United States Constitution. (D.I. #2).

2. On February 28th 2005, The Defendants Filed a Motion To Dismiss The Plaintiffs' §1983 Civil Rights Complaint, Alleging The Plaintiffs' Allegations Did Not Constitute A Violation Of His First And Eighth Amendment Rights, And Requested The Plaintiffs Complaint Be Dismissed. (D.I. #18-19). Which The Plaintiff Responded To On April 4th 2005. (D.I. #21). And The Defendants Filed A Final Reply To On April 19th 2005. (D.I. #22).

3. On September 26th 2005, Your Honorable Court Entered An Order Granting The Defendants Motion To Dismiss The Plaintiffs' §1983 Civil Rights Complaint. (D.I. #41). The Plaintiff Timely Appealed The Courts Decision To The United States Court Of Appeals. (D.I. #42-43).

4. On November 29th 2006, The United States Court Of Appeals Affirmed The District Courts Decision That The Plaintiffs Allegations In His Complaint Did Not Constitute An Eighth Amendment Violation Of The Plaintiffs Constitutional Rights, But Reversed The District Courts Decision That The Actions Of C/O Tillman Stanley Did Not Violate The Plaintiffs First Amendment Rights, And Ordered Case Be Re-Opened. (D.I. #46).

5. On January 24th & 25th 2007, The Plaintiff Recieved Several Threats On His Life By Defendant Thurman Stanley. (Ext. A #1). Which Was Also Over Heard By 3 Other Inmates. (Ext. B, C & D).

6. On January 24th 2007, When The Threats Were Made, The Plaintiff Reported Such Threats To The Building Lt. (Lt. Boone), Which Took Up For His Officer By Saying: "His Officer Would Not Make Such Threats" And Other Comments, And Refused To Investigate The Plaintiffs Incident. (Ext. A #2).

7. On January 25th 2007, When The Threats Were Being Made, The Plaintiff Reported The Threats To The Building Lt. (Lt. De Jesus), Which Also Made Comments In Support Of His Officer, And Refused To Investigate The Plaintiffs Incident. (Ext. A #3).

8. The Plaintiff Notified Both Lt. Boone And Lt. De Jesus About Him Having Witnesses That Heard The Threats Defendant Thurman Stanley Was Making Towards The Plaintiffs Life And They Both Refused To Interview Them. (Ext. A #4).

9. Because Of The Defendant Thurman Stanleys' Serious Threats Against The Plaintiffs Life, The Plaintiff Is In Extreme Fear Of His Life, While Defendant Thurman Stanley Is Working His Building. (Ext. A #5).

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS AN ORDER GRANTING THE FOLLOWING RELIEF:

1. ISSUE A TEMPORARY RESTRAINING ORDER, ORDERING DEFENDANT TRUCKMAN STANLEY T. NOT BE ALLOWED TO WORK IN ANY BUILDING THE PLAINTIFF IS HOUSED IN, AND MAKE NO CONTACT WITH PLAINTIFF BY ANY MEANS.

JANUARY 28th 2007
DATED

CHARLES M. ROBINSON
SBI # 00342721
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

FILE

# Certificate of Service

I, Charles M. Robinson, hereby certify that I have served a true and correct cop(ies) of the attached: Motion For Temporary Restraining Order upon the following parties/person (s):

TO: Department Of Justice
Ophelia M. Waters Esq
820 N. French St. 6th Fl.
Wilmington, DE 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 28 day of January, 2007

_____

I/M Charles M. Portalson
SBI# 00342781 UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



c/o: United States District Court
Office Of The Clerk
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801

Mail