# EXIBIT A

State Of Delaware  } ss.  
County Of New Castle  

Affidavit By: Charles M. Robinson  
Dated: January 25th 2007

## Affidavit

I, Charles M. Robinson, hereby state under the penalty of perjury, that the following statements are true and correct, and I would swear to such under the laws of the State of Delaware:

1. On January 24th & 25th 2007, in MHU Building 22, on the 4 to 12 shift, Defendant Tackman Stanley threatened my life by stating the following: 1) That he was going to kill me, 2) He was going to slit my throat, 3) That he could get to me and no one would ever know, and, 4) That he could find out where my family lives and pay them a visit.

2. On January 24th 2007, I notified Lt. Boone about the threats that Defendant Tackman Stanley was making. When I advised him of such threats, Lt. Boone stated the following: 1) He did not believe his officer would make such threats, 2) If he was making such threats, I must have done something to him for him to make such threats, and,

3) Quit being such a baby and stand up for yourself. Clearly telling me to assault the Defendant Thurman Stanley and/or threaten the Defendant's life back, which either action by Plaintiff would cause criminal charges to be placed on him.

3. On January 25th 2004, I notified Lt. De Jesus about the threats that Defendant Thurman Stanley was making. When I advised him of such, Lt. De Jesus stated the following: 1). I'm not going to investigate allegations from a low life inmate, 2). I'm not going to believe you over my officer, so what's the point in investigating, and, 3). You probly did something to him for him to want to hurt you.

4. I advised both Lt. Brode on January 24th 2004 and Lt. De Jesus on January 25th 2004, that I had three (3) witnesses that heard Defendant Thurman Stanley's threats towards me and could confirm everything I was saying, and they both never interviewed a single one of my witnesses.

5. Because of the seriousness of the Defendant Thurman Stanley's threats towards my life and the Department of Corrections Employee's in charge of my business,

refusal to investigate my claims, I am in constant fear for my life while he is waiving my building.

Pursuant to 28 U.S.C. §1746 and 18 U.S.C. §1621, I hereby state the above statements are true and correct under the penalty of perjury and would testify to such under oath.

_____
Charles M. Robinson
SBI# 00342781
Delaware Correctional Ctr.
1181 Paddock Road
Smyrna, Delaware, 19977