# EXIBIT B

State Of Delaware      SS.      Affidavit By: Sylvester Dobson
County Of New Castle            Dated: January 25th 2007

## Affidavit

I, Sylvester Dobson, hereby state that the following statement are true and correct under the penalty of perjury. And would testify to such statements under oath.

1. On both January 24th & 25th 2007. I herd Officer Thurman Stanley threaten Inmate Charles M. Robinsons life. I also saw officer Thurman Stanley make threatening Jestures towards Inmate Charles M. Robinson.

2. I herd officer Thurman Stanley say the following things to Inmate Charles M. Robinson:

   A. That when he got the chance, he was going, was going to kill Inmate Charles M. Robinson.

   B. That he could get him and no one would ever find out he was responsible.

   C. That he could find out where Inmate Charles M. Robinsons' family lived and he would get them

3. I saw officer Thurman Stanley make the following gestures towards Inmate Charles M. Robinson:

    A. I saw officer Thurman Stanley drag his finger across his neck, towards Inmate Charles M. Robinson.

    B. I saw officer Thurman Stanley bend over and point his finger at his ass towards Inmate Charles M. Robinson.

Pursuant To 28 U.S.C. 1746 & 18 U.S.C. 1621 I state the above statements are true and correct under the penalty of perjury.

*Sylvester Dobson* (signature)
Sylvester Dobson
SBI# 00290188
De. Corr. Ctr.
1181 Paddock Rd.
Smyrna, De. 19977