# EXIBIT C

State of Delaware          Affidavit of: Lafayette Miller

SS

County of: New Castle          Dated: 1-25-2007

## Affidavit

I, Lafayette Miller, being first duly sworn deposes and says that the foregoing statement is true and correct under the penalty of perjury of the laws of the state of Delaware.

1. On January 24 or 25 2007, I heard & seen the following remarks/gestures:

A. C.O.T. Stanley told inmate Charles Robinson that the first chance he got he was going to pay his family a visit & harm them.

B. C.O.T. Stanley told inmate Robinson that he could and would when the time was right. "Get him" & no one would ever find out he was responsible. He said "no one will believe a inmate over an officer"

C. I also seen C.O. Stanley bend over & point his finger at his butt while staring inmate Robinson down.

Declarant: Lafayette Miller

Lafayette Miller

(28 U.S.C. § 1746 ; 18 U.S.C. § 1621)