# EXIBIT  D

State of Delaware

County of: New Castle

SS.

Affidavit of: Kenny Reeder

DATED: January 25, 2007

## Affidavit

I, Kenny F. Reeder, being first duly sworn deposes and says that the foregoing statement is true and correct under the penalty of Perjury of the laws of the state of Delaware.

1. On January 24 & 25, 2007, I heard & seen the following remarks / Gestures:

A. C.O.T. Stanley told inmate Charles Robinson that the first chance he got he was going to Pay his family a visit & harm them.

B. C.O.T. Stanley told inmate Robinson that he could and would when the time was right, "Get him" & no one would ever find out he was responsible. He said "no one will believe a inmate over an officer".

C. I also seen C.O. Stanley bend over & Point his finger at his butt while staring inmate Robinson down.

Declarant: Kenny Reeder
Kenny Reeder
(28 U.S.C. § 1746 & 18 U.S.C. § 1621)
1181 Paddock Rd. D.C.C.
Smyrna, DE. 19977