United States District Court
District of Delaware

Charles M. Robinson

Vs.                                    Civil Action No. 04-1202-GMS

CO Thurman Stanley



BD scanned

Motion For An Extension Of Time

Comes Now, The Plaintiff, Charles M. Robinson, Hereby Proceeding Pro Se, Respectfully Moves This Honorable Court To Enter An Order Allowing The Plaintiff An Extension Of Time In Order To Respond To The Defendants Response To The Plaintiffs Motion For Appointment Of Counsel And Respectfully Asserts The Following As Grounds In Support Thereof:

1. On or about the middle of January, the Plaintiff filed a Motion for Appointment of Counsel in your Honorable Court (D.J.)

2. Upon the Plaintiff failing to recieve a response from your Honorable on his motion, he contacted the Judges Chambers on Jan. 30th 2007 and spoke with Hon. Judge Sleet's Secutary. Upon speaking with her, she advised me that the reason the Court had not ordered anything yet was because the Defendants filed a response to my motion for Appointment of Counsel and they were awaiting my reply before ruling on the motion. I advised Hon. Sleets Secutary that I had not recieved any response motion from Defendants Counsel and therefore never knew I needed to Reply.

3. After speaking with Judge Sleets Secutary, the Plaintiff called Defendants Counsel and spoke with Defendants Counsel's Secutary. Defendants Counsel Secutary advised Plaintiff that she had personally sent Plaintiff a copy of the Defendants response to his Motion for Appointment of Counsel. Plaintiff advised Defendant Counsels Secutary that he never recieved the Defendants response and requested she send another copy so the Plaintiff could properly reply. She advised the Plaintiff that she would send the Plaintiff another copy out in the mail.

4. Because of the above, the Plaintiff needs additional time in order to receive the Defendant's response, review and investigate the alleged response, and properly respond to the response.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS AN ORDER GRANTING THE PLAINTIFFS MOTION FOR AN EXTENSION OF TIME.

_____
JANUARY 31st, 2007
DATED

_____
CHARLES W. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

## Certificate Of Service

I, Charles M. Robinson, Hereby State I Have Served A True And Correct Copy Of Plaintiffs Motion For An Extension Of Time To The Following Parties:

Department Of Justice
Ophelia M. Waters Esq
820 N. French St., 6th Fl.
Wilmington, De. 19801

Signed On This 31st Day Of January 2007.

_C.R. M. R._

I/M Charles M. Robinson
SBI# 00342731 UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



United States District Court
c/o Office Of The Clerk
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801

U.S.M.S. X-RAY

U.S.M.S. X-RAY