To: The Honorable Gregory M. Sleet
United States District Court
844 N. King St. Lockbox 18
Wilmington, De. 19801

Re: Charles M. Robinson vs. C/O Thurman Stanley
C.A. No. 04-1202-GMS



FILED
FEB -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Sleet,

    This letter is in response to the Defendants January 31st, 2007 letter in regards to the Plaintiffs requests to conduct Depositions. (D.I. #69). Please consider the following as the Plaintiffs response to such letter:

    1. The Defendants are under the impression that the Plaintiff wishes to conduct "written" depositions on the inmate witnesses and the correctional officers he has listed, which is incorrect. In fact, the Plaintiff wishes to conduct oral depositions.

2. On January 19th 2007, the Plaintiff went to the Sussex County Courthouse for a Review of Sentence. At this review, the Plaintiff was released on Level 4 Home Confinement, but has to wait at Level 5 until he recieves a Home Confinement Box. See: Exhibit A. After speaking with Probation and Parole, the Plaintiff will be released within the next week.

3. The Plaintiff plans to wait until his release in order to conduct the Oral Depositions. Discovery in this case is not scheduled to end until July 9th 2007. (D.I. #54), giving the Plaintiff ample time to schedule and conduct Oral Depositions.

4. Because the Plaintiff plans to wait until he is released to conduct Oral Depositions, and he has filed Motions for Leave to Depose Incarcerated Witnesses in Compliance with Fed. R. Civ. P. 26(b)(2) and 31(a)(2), the Defendants January 31st 2007 letter is without merit.

Thank you for your time and attention in this matter.

_February 2nd 2007_
DATED

_Charles M. Robinson_
CHARLES M. ROBINSON
SBI # 00342781
DE. Corr. Ctr.
Smyrna, DE. 19977

cc: Ophelia M. Waters Esq

# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

STATE OF DELAWARE

    VS.

CHARLES M ROBINSON

Alias: No Aliases

DOB: 11/24/1980
SBI: 00342781

| | |
|---|---|
| CASE NUMBER:<br>0112008933 | CRIMINAL ACTION NUMBER:<br>VS01-12-0557-02<br>VIOL O/PROBATN<br>ORIG. CHARGE:<br>RAPE 4TH <16(F) |

RELEASE
SEE NOTES FOR FURTHER COURT ORDER-TERMS/CONDITIONS

## CORRECTED VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 19TH DAY OF JANUARY, 2007, IT IS THE ORDER OF THE COURT THAT: the order dated March 9, 2006 is hereby corrected as follows: The defendant is found in violation. Defendant is sentenced as follows:

  AS TO VS01-12-0557-02 : TIS 11 Del.C.077000A1FC
  VIOL O/PROBATN - FOUND IN VIOLATION

Effective January 19, 2007 the defendant is sentenced as follows:

- The defendant is placed in the custody of the Department of Correction for 4 year(s) 6 month(s) at supervision level 5

- Suspended for 4 year(s) 6 month(s) at supervision level 4 **HOME CONFINEMENT**

- Hold at supervision level 5

- Until space is available at supervision level 4 **HOME CONFINEMENT**

**APPROVED ORDER**    1    January 24, 2007 09:01

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
        VS.
CHARLES M ROBINSON
DOB: 11/24/1980
SBI: 00342781

CASE NUMBER:
0112008933


All previous terms and conditions are reimposed.

The level 5 time imposed in today's sentence takes into consideration all time previously served.

TASC shall monitor the defendant.

Defendant shall receive mental health evaluation and comply with all recommendations for counseling and treatment deemed appropriate.

Be evaluated for substance abuse and follow any recommendations for counseling, testing or treatment deemed appropriate.

Should the defendant be unable to complete financial obligations during the period of probation ordered, the defendant may enter the work referral program until said obligations are satisfied as determined by the Probation Officer.

Zero tolerance drugs

Zero tolerance alcohol

Defendant shall complete Sexual Disorders counseling treatment program.

**NOTES**
While Defendant is at Level 4 Home Confinement, he is to complete sexual disorder counseling with Allen Southard.

If Defendant is on prescription medication, he is (1) to advise his treating physician as to his substance abuse problems, and (2) to advise his probation officer of any prescribed medications.
**APPROVED ORDER**       2       January 24, 2007 09:01

STATE OF DELAWARE
    VS.
CHARLES M ROBINSON
DOB: 11/24/1980
SBI: 00342781

=============
Now this 26th day of August, 2003, the Court's July 22, 2003 violation of probation sentence is hereby corrected to bring the sentence within the sentencing guidelines by striking the last 2 years of level 1 probation. All other terms and conditions remain as previously imposed.
=============
This 9th day of March, 2006, the sentencing order dated August 26, 2003 is modified to include that if the defendant should "max out" his level V sentence, he must complete 6 months pursuant to 11 Del. C. Section 4204(l). All previous terms and conditions remain in effect.
=============
This 19th day of January, 2007, the Court's March 9, 2006 violation of probation order is hereby modified due to Defendant's Motion for Modification being granted.
=============
This 19th day of January, 2007, the Court's modified order this date was incorrectly dated March 9, 2006. The 3/9/06 order was modified 1/19/07, effective 1/19/07. All other terms and conditions remain as written in the modified order.
=============

                                    _____
                                    JUDGE T. HENLEY GRAVES

**APPROVED ORDER**    3    January 24, 2007 09:01



I/M Charles M. Robinson
SBI# 00342721  UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

United States District Court
Office Of The Clerk
844 N. King St., Lockbox 18
Wilmington, DE. 19801

LEGAL MAIL

$00.63  FEB 05 2007
MAILED FROM ZIP CODE 19977