# EXHIBIT A

State of Delaware      ss.         Affidavit of: Kenny F. Reeder, Jr.
County of New Castle               DATED: January 31, 2007

## AFFIDAVIT

I, Kenny F. Reeder, Jr., deposes & says that the foregoing statement(s) are true & correct under the Laws of the State of Delaware.

1. I am a friend of inmate Charles M. Robinson (Plaintiff) & because of his severe Psychiatric disorders, I have been assisting him with his legal research, Preperation of legal motions & other legal filings in this civil action.

2. Inmate Robinson reviews all motions before they are filed and signs each by his own hand before sending such motions to Your Hon. Court. My assisting with help to inmate Robinson is due to his Psychiatric disorders. This assistance is in Compliance with the United States Supreme Court. See: Johnson V. Avery, 393 U.S. 483.

3. I am not a Phychologist, but after talking with Charley over Past several months, it is not hard to notice/see that he would not be able to adequately Present or defend his current Position in this Civil matter.

Declarant: Kenny Reeder
(28 U.S.C. 1746 & 18 U.S.C. § 1621)
SBI# 253949, 1181 Paddock Rd.
Smyrna, DE. 19977