# EXHIBIT B

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY**

**STATE OF DELAWARE**

    **VS.**

**CHARLES M ROBINSON**

**Alias: No Aliases**

**DOB: 11/24/1980
SBI: 00342781**

**CASE NUMBER:**                   **CRIMINAL ACTION NUMBER:**
**0112008933**                     **VS01-12-0557-02**
                                    **VIOL O/PROBATN**
                                  **ORIG. CHARGE:**
                                  **RAPE 4TH <16(F)**

**RELEASE
SEE NOTES FOR FURTHER COURT ORDER-TERMS/CONDITIONS**

## CORRECTED VIOLATION OF PROBATION SENTENCE ORDER

**NOW THIS 19TH DAY OF JANUARY, 2007, IT IS THE ORDER OF THE
COURT THAT:  the order dated March  9, 2006 is hereby
corrected as follows:** The defendant is found  in
violation. Defendant is sentenced as follows:

  **AS TO VS01-12-0557-02 : TIS 11 Del.C.077000A1FC
VIOL O/PROBATN - FOUND IN VIOLATION**

**Effective January 19, 2007  the defendant is sentenced
as follows:**

 - The defendant is placed in the custody of the Department
of Correction for 4 year(s) 6 month(s) at supervision level
5

 - Suspended for 4 year(s) 6 month(s)  at supervision
level 4 **HOME** **CONFINEMENT**

 - Hold at supervision level 5

 - Until space is available at supervision level 4 **HOME**
**CONFINEMENT**

\*\*APPROVED ORDER\*\*    1    January 24, 2007 13:01

## SPECIAL CONDITIONS BY ORDER

**STATE OF DELAWARE**
**VS.**
**CHARLES M ROBINSON**
**DOB: 11/24/1980**
**SBI: 00342781**

**CASE NUMBER:**
**0112008933**

All previous terms and conditions are reimposed.

The level 5 time imposed in today's sentence takes into consideration all time previously served.

TASC shall monitor the defendant.

Defendant shall receive mental health evaluation and comply with all recommendations for counseling and treatment deemed appropriate.

Be evaluated for substance abuse and follow any recommendations for counseling, testing or treatment deemed appropriate.

Should the defendant be unable to complete financial obligations during the period of probation ordered, the defendant may enter the work referral program until said obligations are satisfied as determined by the Probation Officer.

Zero tolerance drugs

Zero tolerance alcohol

Defendant shall complete Sexual Disorders counseling treatment program.

### NOTES

While Defendant is at Level 4 Home Confinement, he is to complete sexual disorder counseling with Allen Southard.

If Defendant is on prescription medication, he is (1) to advise his treating physician as to his substance abuse problems, and (2) to advise his probation officer of any prescribed medications.
**APPROVED ORDER**    2    January 24, 2007 13:01

**STATE OF DELAWARE**
          **VS.**
**CHARLES M ROBINSON**
**DOB: 11/24/1980**
**SBI: 00342781**

============
Now this 26th day of August, 2003, the Court's July 22, 2003 violation of probation sentence is hereby corrected to bring the sentence within the sentencing guidelines by striking the last 2 years of level 1 probation.  All other terms and conditions remain as previously imposed.
============
This 9th day of March, 2006, the sentencing order dated August 26, 2003 is modified to include that if the defendant should "max out" his level V sentence, he must complete 6 months pursuant to 11 Del. C. Section 4204(l). All previous terms and conditions remain in effect.
=============
This 19th day of January, 2007, the Court's March 9, 2006 violation of probation order is hereby modified due to Defendant's Motion for Modification being granted.
=============
This 19th day of January, 2007, the Court's modified order this date was incorrectly dated March 9, 2006.  The 3/9/06 order was modified 1/19/07, effective 1/19/07.  All other terms and conditions remain as written in the modified order.
============

_____
                                    **JUDGE T. HENLEY GRAVES**