UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

VS.                                        CIVIL ACTION No. 04-1202-GMS

C/O THURMAN STANLEY



FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

PLAINTIFFS INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 33 and 34, Fed. R. Civ. P., The Plaintiff submits the following interrogatories and requests for documents to the Defendant. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying within 30 days of service.

1. State the duties of Defendant C/O Thurman Stanley, Correctional Officer at Delaware Correctional Center (D.C.C.). If those duties are set forth in any job description or other documents, produce the document.

2. State whether Defendant Thurman Stanley was ever questioned by any Department of Correction or Delaware Correctional Center employee, in regards to Plaintiff Charles W. Robinson. If so, state each employee and the contents of the questions. If those questions and or answers are set forth in any documents or investigative document, produce such.

3. State whether Defendant Thurman Stanley plans to use any documents as evidence in this case. If so, produce the documents.

4. State whether Defendant Thurman Stanley plans on relying on any testimony from witnesses at trial. If so, state the names, job duties, and addresses for each witness.

5. State whether Defendant Thurman Stanley is familiar with the Inmate Grievance Procedure (4.4). If so, state such knowledge.

6. State whether Defendant Thurman Stanley is familiar with the Institutional Disciplinary Procedure (4.2) and if so, states such knowledge.

7. State whether Defendant Thurman Stanley is familiar with the Standard Operating Procedure (S.O.P.). If so, state such knowledge.

8. State the names, titles and duties of all staff members at Delaware Correctional Center who have responsibility for responding to, investigating or deciding inmate grievances. If those duties are set forth in any job description, policy, directive, or other document, produce the document.

9. State whether Defendant Thurman Stanley has ever been named in any other civil or criminal actions. If so, produce a copy of each complaint or docket sheet.

10. State the duties of Warden Thomas Carroll and St. Lt. R. Taylor at Delaware Correctional Center (D.C.C.). If those duties are set forth in any job description or other document, produce the documents.

11. State whether Defendant Thurman Stanley has ever retaliated against the Plaintiff or any other inmate since his employment at the Delaware Correctional Center.

12. State whether any inmates have ever filed a complaint against Defendant Thurman Stanley for retaliation at the Delaware Correctional Center. If those complaints are set forth in any letters, grievances, or other documents, produce the documents.

13. State whether any investigation was done on the complaints of retaliation against Defendant Thurman Stanley. If those investigation reports are set forth in any reports, or other documents, produce the documents.

14. State whether any inmates have filed any complaints against Defendant Thurman Stanley from January 1st 2004 until December 31st 2004. If those complaints are set forth in any letters or grievances or other documents, produce the documents.

15. State whether any inmates have filed any complaints against Defendant Thurman Stanley from January 1st 2005 until date of your response. If those complaints are set forth in any letters, grievances, or other documents, produce the documents.

WHEREFORE, YOU ARE DIRECTED TO ANSWER THE ABOVE INTERROGATORIES IN WRITING UNDER OATH, AND PRODUCE EACH OF THE REQUESTED DOCUMENTS FOR INSPECTION AND COPYING WITHIN 30 DAYS OF SERVICE

FEB. 15TH 2007
DATED

_____
CHARLES M. ROBINSON
SBI #00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE - 19977

# Certificate of Service

I, CHARLES M. ROBINSON, hereby certify that I have served a true and correct cop(ies) of the attached: PLAINTIFFS INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS. upon the following parties/person (s):

TO: DEPT. OF JUSTICE
OPHELIA M. WATERS ESQ
820 N. FRENCH ST.
WILMINGTON, DE 19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 15 day of FEBRUARY, 2007

C.R. M. R.

HAND DELIVERED AT ORAL DEPOSITION ON FEB. 15TH. SEE: D.I. # 61

