To: Office Of The Clerk
Fr: Charles M. Robinson
Re: 04-1202-GMS
Da: February 20th 2007


PO scanned

Per A Telephone Conversation Today, I'm Writing The Court To Request A Docket Sheet In The Above Cited Case. Could You Please Send Me The Docket Sheet.

Also, I Would Like To Request The Court To Rule On The Motion For Temporary Restraining Order, Because Of The Urgency Of The Contents Inclosed And Affidavits.

Lastly, Because All Filings Have Been Filed Regarding The Motion For Appointment Of Counsel, I'm Requesting Because Of My Mental Disorders, That The Court Rule On Such Motion.

_____
Charles M. Robinson
SBI# 00342781
DE. Corr. Ctr.
Smyrna, DE. 19977

