United States District Court
District of Delaware

Charles M. Robinson

Vs.                                  Civil Action No. 04-1202-GMS

C/O Thurman Stanley

Plaintiff's Second Set Of Document Requests

Pursuant to Rule 34, Fed. R. Civ. P., the Plaintiff requests that the Defendants produce the documents listed herein within 30 days, either by providing the Plaintiff with copies or by making them available to the Plaintiff for inspection and copying.



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Any and all documents created by any Delaware Correctional Center employee concerning classification decisions of Inmate Charles W. Robinson (Plaintiff), including but not limited too all M.D.T. & I.B.C.C. Board decisions, from October 24th 2002 until the date of your response.

2. Any and all logs, lists or other documents concerning Inmates Charles W. Robinsons' (Plaintiff) housing during his entire incarceration, until the date of your response.

3. Any and all logs, lists or other documentation concerning Inmate Charles W. Robinsons' disciplinary history from October 24th 2002 until the date of your response.

WHEREFORE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34(b), THE PLAINTIFF REQUESTS THE DOCUMENTS REQUESTED BE PRODUCED WITH-IN 30 DAYS AFTER SERVICE.

FEBRUARY 21ST 2007
DATED

_____
CHARLES W. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DE. 19977

## Certificate Of Service

I, Charles W. Robinson, Hereby Certify That I Have Served A True And Correct Copy Of The Attached: Plaintiff's Second Set Of Document Requests Upon The Following Parties:

Department Of Justice
Ophelia M. Waters Esq
820 N. French St. 6th Fl.
Wilmington, De. 19801

On This 21st Day Of February 2007

_____

