IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES M. ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1202-GMS ) |
| STANLEY TAYLOR, PAUL HOWARD, THOMAS CARROLL, BETTY BURRIS, MAJOR HOLMAN, RONALD DRAKE, CPL. L. M. MERSON, LT. GODWIN, and C/O THURMAN STANLEY, | ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D.3879
Deputy Attorney General
Carvel State Office Building, 6th Fl.
820 N. French Street
Wilmington, DE 19801
(302) 577-8400

Dated: February 28, 2007

## STIPULATION OF DISMISSAL

**WHEREAS,** Plaintiff Charles M. Robinson no longer wants to pursue any claims in the above-captioned complaint against Defendant Thurman Stanley; and

**WHEREAS,** Fed. R.Civ.P.41(a)(1) provides for dismissal by stipulation of the parties;

The Plaintiff and Defendant Thurman Stanley hereby stipulate to the dismissal with prejudice of all claims against said Defendant.

For Self:

_____
Charles M. Robinson, Inmate
SBI#342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

Date:
2/28/07

For Defendant Stanley

_____
Ophelia M. Waters, ID#3879
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Fl.,
Wilmington, DE 19801
(302)577-8400

Date:

**IT IS SO ORDERED** on this _____, day of March, 2007.

_____
Judge Gregory M. Sleet
United States District Court