REVIEWED
By Larisha Davis at 11:39 am, Jun 20, 2007

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01202-GMS
#### Internal Use Only

| | |
|---|---|
| Robinson v. Taylor, et al | Date Filed: 08/27/2004 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 02/28/2007 |
| Demand: $250,000 | Jury Demand: None |
| Related Cases: 1:06-cv-00474-GMS | Nature of Suit: 555 Prisoner: Prison Conditions |
| 1:06-cv-00504-GMS | Jurisdiction: Federal Question |
| Case in other court: US Court of Appeals for the 3rd Circuit, 05-04492 | |
| Cause: 42:1983 Prisoner Civil Rights | |

**Plaintiff**

**Charles M. Robinson**  represented by  **Charles M. Robinson**
#342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Stanley Taylor**  represented by  **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*
Department of Justice
State of Delaware
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
(302) 577-8400
Email: ophelia.waters@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Howard**  represented by  **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Carroll**  represented by  **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Betty Burris**　　　　　　　　　　represented by **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Major Holman**　　　　　　　　　represented by **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald Drake**　　　　　　　　　represented by **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Cpl. L. M. Merson**　　　　　　　represented by **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt. Godwin**　　　　　　　　　　represented by **Ophelia Michelle Waters**
*TERMINATED: 09/26/2005*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**C/O Thurman Stanley**　　　　　　represented by **Ophelia Michelle Waters**
　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2004 | 1 | MOTION by Charles M. Robinson to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 08/27/2004) |
| 08/27/2004 | 2 | COMPLAINT filed. (els) (Entered: 08/27/2004) |
| 08/27/2004 | 6 | SERVICE ORDER, ( signed by Judge Gregory M. Sleet ) copies to: Plaintiff (mmm) (Entered: 11/29/2004) |
| 09/01/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) |

| | | |
|---|---|---|
| | | for Appointment of Counsel. (mmm) (Entered: 01/09/2007) |
| 01/09/2007 | 53 | Letter to Charles M. Robinson from Marie McDavid, Deputy Clerk, regarding D.I. Nos. 47, 51, and 52. (mmm) (Entered: 01/09/2007) |
| 01/09/2007 | | EXIT D.I. 53 (along with a copy of D.I. 47 and an updated docket sheet) to the plaintiff on 1/9/07. (mmm) (Entered: 01/09/2007) |
| 01/10/2007 | 54 | SCHEDULING ORDER: Joinder of Parties due by 3/9/2007, Amended Pleadings due by 3/9/2007, Discovery due by 7/9/2007, Dispositive Motions due by 8/9/2007. Signed by Judge Gregory M. Sleet on 1/10/07. (mmm) (Entered: 01/10/2007) |
| 01/12/2007 | 55 | MOTION to Take Deposition of Charles M. Robinson - filed by Thurman Stanley. (Waters, Ophelia) (Entered: 01/12/2007) |
| 01/12/2007 | 56 | MOTION for a Discovery Conference - filed by Charles M. Robinson. (mmm) (Entered: 01/16/2007) |
| 01/12/2007 | 57 | MOTION to Amend/Correct - filed by Charles M. Robinson. (mmm) (Entered: 01/16/2007) |
| 01/12/2007 | 58 | MOTION for Extension of Time to Respond to the Defendant's Answer to the Complaint - filed by Charles M. Robinson. (mmm) (Entered: 01/16/2007) |
| 01/16/2007 | 60 | MOTION to Appoint Counsel - filed by Charles M. Robinson. (Attachments: # 1 Sealed Medical Records - to be maintained in the Clerk's office)(mmm) (Entered: 01/17/2007) |
| 01/17/2007 | 59 | ORDER granting 55 Motion to Take Deposition from Charles M. Robinson. Signed by Judge Gregory M. Sleet on 1/17/07. (mmm) (Entered: 01/17/2007) |
| 01/18/2007 | 63 | MOTION to Stay Discovery and Deposition Proceedings pending ruling on the plaintiff's Motion for Appointment of Counsel - filed by Charles M. Robinson. (mmm) (Entered: 01/19/2007) |
| 01/19/2007 | 61 | NOTICE to Take Deposition of Charles M. Robinson on February 15, 2007 by Thurman Stanley.(Waters, Ophelia) (Entered: 01/19/2007) |
| 01/19/2007 | | (Court only) ***Reopen Document 55 MOTION to Take Deposition of Charles M. Robinson (mmm) (Entered: 01/19/2007) |
| 01/19/2007 | 62 | ANSWERING BRIEF in Opposition re 55 MOTION to Take Deposition of Charles M. Robinson filed by Charles M. Robinson. Reply Brief due date per Local Rules is 1/29/2007. (mmm) (Entered: 01/19/2007) |
| 01/22/2007 | 64 | RESPONSE to Motion re 60 MOTION to Appoint Counsel filed by Thurman Stanley. (Waters, Ophelia) (Entered: 01/22/2007) |
| 01/29/2007 | 65 | REQUEST for Production of Documents directed to Correctional Officer Thurman Stanley by Charles M. Robinson.(mmm) (Entered: 01/30/2007) |
| 01/29/2007 | 66 | MOTION to take the depositions of Warden Thomas Carroll, Lt. R. |