OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

9/19/007

**Charles M. Robinson**
#342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **Robinson v. Taylor, et al.**
   CA 04-1202 GMS

Dear Pro Se Party:

Pursuant to the Order entered on 8/17/07 by the Honorable Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 60.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on  10/20/07  .    _____

Signature